# EXHIBIT A – Part 1

**CHUBB®**

## Customarq Series
## Entertainment Insurance Program

### Premium Bill

| | |
|---|---|
| Policy Period | MAY 1, 2019   TO   MAY 1, 2020 |
| Effective Date | MAY 1, 2019 |
| Policy Number | 7956-75-28 |
| Insured | ANOTHER PLANET ENTERTAINMENT, LLC |
| Name of Company | VIGILANT INSURANCE COMPANY |
| Date Issued | MAY 14, 2019 |

**Portion of total premium attributable for terrorism and statutory standard fire where applicable is   $ 1,708.00**

PLEASE SEND PAYMENT TO AGENT OR BROKER.

| Date Payment Due | Premium |
|---|---|
| MAY 1, 2019 | REDACTED |
| JUNE 1, 2019 | |
| JULY 1, 2019 | |
| AUGUST 1, 2019 | |
| SEPTEMBER 1, 2019 | |
| OCTOBER 1, 2019 | |
| NOVEMBER 1, 2019 | |
| DECEMBER 1, 2019 | |
| JANUARY 1, 2020 | |
| FEBRUARY 1, 2020 | |
| TOTAL | |
| Commission | 15.00% |

WHEN SENDING PAYMENT, PLEASE INDICATE POLICY NUMBER ON YOUR CHECK.

NOTE:  PLEASE RETURN THIS BILL WITH PAYMENT AND INCLUDE ANY ADDITIONAL CHANGES.

Producer:

LOCKTON COMPANIES, LLC (ENT)
3 EMBARCADERO CTR STE600
SAN FRANCISCO, CA 94111-0000



## IMPORTANT NOTICE TO POLICYHOLDERS
## TERRORISM RISK INSURANCE ACT

This Important Notice is being provided with your policy to further satisfy the disclosure requirements of the Terrorism Risk Insurance Act.

At the time you received the written offer for this policy, we provided you with an Important Notice to Policyholders indicating that the insurance provided in your policy for losses caused by certain acts of terrorism (as defined in the Terrorism Risk Insurance Act) would be partially reimbursed by the United States of America, pursuant to the formula set forth in the Terrorism Risk Insurance Act. In addition, as required by the Terrorism Risk Insurance Act, we:

- indicated that we would make available insurance for such losses in the same manner as we provide insurance for other types of losses;

- specified the premium we would charge, if any, for providing such insurance; and

- except to the extent prohibited by law, gave you the opportunity to reject such insurance and have a terrorism exclusion, sublimit or other limitation included in your policy.

This Important Notice refers back to that Important Notice and provides information about your decision and the manner in which your policy has been subsequently modified.

If:

- You rejected terrorism insurance under the Terrorism Risk Insurance Act, your policy includes the appropriate amendatory endorsement(s).

- You did not reject terrorism insurance under the Terrorism Risk Insurance Act, the premium charged for your policy, including that portion applicable to terrorism insurance under the Terrorism Risk Insurance Act, is shown in your policy. To the extent your policy includes a limitation on terrorism insurance, it has been modified so that such limitation does not apply to terrorism insurance under the Terrorism Risk Insurance Act.

Please carefully review your policy and the Important Notice previously provided to you for further details. Please remember that only the terms of your policy establish the scope of your insurance protection.

**Please note that if your policy:**

- *provides commercial property insurance in a jurisdiction that has a statutory standard fire policy, the premium we charge for terrorism insurance under the Terrorism Risk Insurance Act, includes an amount attributable to the insurance provided pursuant to that standard fire policy. Rejection of such statutory insurance is legally prohibited.*

- *is a workers compensation policy, rejection of insurance for terrorism is legally prohibited.*

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**This Important Notice is not your policy. Please read your policy carefully to determine your rights, duties, and what is and what is not covered. Only the provisions of your policy determine the scope of your insurance protection.**

**THIS IMPORTANT NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE COVERAGE DUE TO COMPLIANCE WITH APPLICABLE TRADE SANCTION LAWS.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Various trade or economic sanctions and other laws or regulations prohibit us from providing insurance in certain circumstances. For example, the United States Treasury Department's Office of Foreign Asset Control (OFAC) administers and enforces economic and trade sanctions and places restrictions on transactions with foreign agents, front organizations, terrorists, terrorists organizations, and narcotic traffickers. OFAC acts pursuant to Executive Orders of the President of the United States and specific legislation, to impose controls on transactions and freeze foreign assets under United States jurisdiction. (To learn more about OFAC, please refer to the United States Treasury's web site at http://www.treas.gov/ofac.)

To the extent that you or any other insured, or any person or entity claiming the benefits of this insurance has violated any applicable sanction laws, this insurance will not apply.

We have added a condition or section that applies to the entire policy called Compliance With Applicable Trade Sanctions, which stipulates that your insurance policy does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.



## *POLICYHOLDER NOTICE*

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.



*Customarq Series*

Entertainment Insurance Program

FOR

ANOTHER PLANET ENTERTAINMENT, LLC

Producer:

LOCKTON COMPANIES, LLC (ENT)
3 EMBARCADERO CTR STE600
SAN FRANCISCO, CA 94111-0000

Chubb Servicing Office:

SAN FRANCISCO
455 MARKET STREET
SUITE 500
SAN FRANCISCO, CA 94105

**CHUBB** ®

## Customarq Series
## Entertainment Insurance Program

### How To Report A Loss

To report a **Loss**, use the following procedure.

**Loss Notification**

If an **Insured Person** has a **Loss**, please contact us by telephone as soon as possible for further assistance:

Telephone Number: 1-800-252-4670

24 hours a day, 7 days a week

**Fax Number**

You may also fax the loss report during normal business hours to:

Fax Number: 1-800-300-2538

**Mailing Address**

You may mail your loss report to the following address:

Chubb Group Of Insurance Companies
Claim Service Center
600 Independence Parkway
P.O. Box 4700
Chesapeake, Va. 23327-4700



**Customarq Series**
**Entertainment Insurance Program**

## Table Of Contents

This Table Of Contents is provided to acquaint you with the overall organization of this policy.

### POLICY ORGANIZATION

Insuring Agreement

Premium Summary

Property Insurance Section

       Property Schedule Of Forms & Declarations

       Property Contracts *

       Property Endorsements

Liability Insurance Section

       Liability Schedule Of Forms & Declarations

       Liability Contracts *

       Liability Endorsements

Common Policy Section

       Common Policy Conditions

       Common Policy Endorsements

* Note:        Each contract within a section has its own Table Of Contents to facilitate your use of them.



# Insuring Agreement

**Chubb Group of Insurance Companies**
**202B Hall's Mill Road**
**Whitehouse Station, NJ 08889**

*Named Insured and Mailing Address*

ANOTHER PLANET ENTERTAINMENT, LLC
1815 4TH ST STE C
BERKELEY, CA 94710

*Policy Number*    7956-75-28

*Effective Date*    MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**VIGILANT**
**INSURANCE COMPANY**

*Producer No.*    0028440-99999

*Incorporated under the laws of*
*NEW YORK*

*Producer*    LOCKTON COMPANIES, LLC (ENT)
3 EMBARCADERO CTR STE600
SAN FRANCISCO, CA 94111-0000

---

## Company and Policy Period

Insurance is issued by the company in consideration of payment of the required premium.

This policy is issued for the period 12:01 AM standard time at the Named Insured's mailing address shown above:

From:  MAY 1, 2019        To:  MAY 1, 2020

Your acceptance of this policy terminates, effective with the inception of this policy, any prior policy of the same number issued to you by us.

This Insuring Agreement together with the Premium Summary, Schedule Of Forms, Declarations, Contracts, Endorsements and Common Policy Conditions comprise this policy.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

President

Secretary

Authorized  Representative



## Customarq Series
## Entertainment Insurance Program

*Premium Summary*

***Chubb Group of Insurance Companies***
***202B Hall's Mill Road***
***Whitehouse Station, NJ 08889***

*Named Insured and Mailing Address*

ANOTHER PLANET ENTERTAINMENT, LLC
1815 4TH ST STE C
BERKELEY, CA 94710

*Policy Number*  7956-75-28

*Effective Date*  MAY 1, 2019

*Issued by the stock insurance company
indicated below, herein called the company.*

**VIGILANT
INSURANCE COMPANY**

*Producer No.*  0028440-99999

*Producer*      LOCKTON COMPANIES, LLC (ENT)
                3 EMBARCADERO CTR STE600
                SAN FRANCISCO, CA 94111-0000

*Incorporated under the laws of
NEW YORK*

---

### Policy Period

From:  **MAY 1, 2019**          To:  **MAY 1, 2020**
12:01 A.M. standard time at the Named Insured's mailing address shown above.

### Premium Payment

The First Named Insured shown in the Declarations is responsible for the payment of all premiums and will be the payee for any return premiums we pay.

### Premium Audit

Certain classifications within our rates and rules indicate that premiums calculated therefrom can be significantly affected by large increases or decreases in your business results. Based upon our underwriting review of information provided by you, we may at our discretion perform a premium audit. You may also request such an audit.

If an audit is conducted and additional premiums are due, they are payable upon notice to the First Named Insured. If as a result of an audit the premium paid is greater than the earned premium, we will return the excess to the First Named Insured. The First Named Insured must keep records of the information we need to perform the audit and send us copies at such times as we may request.

---

| Coverage | Rate | Premium |
|---|---|---|
| *PROPERTY INSURANCE SECTION* | | |
| *LIABILITY INSURANCE SECTION* | |  |


### *Premium Summary*
*(continued)*

## *TOTAL*                                                    **$ 286,586**

If ATD coverage is provided on this policy, additional certificate and handling fees may be imposed during the policy term.

### *Coverage Premium*

Additional certificate and handling fees may be imposed as respects to certification of pressure equipment as mandated by State and/or local jurisdictional authorities.

### *Payment Plan*

This policy premium is being billed as follows. The amounts shown are due and payable as of the dates shown below:

| <u>*Date Payment Due*</u> | <u>*Amount Due*</u> |
|---|---|
| MAY 1, 2019 |  |
| JUNE 1, 2019 | |
| JULY 1, 2019 | |
| AUGUST 1, 2019 | |
| SEPTEMBER 1, 2019 | |
| OCTOBER 1, 2019 | |
| NOVEMBER 1, 2019 | |
| DECEMBER 1, 2019 | |
| JANUARY 1, 2020 | |
| FEBRUARY 1, 2020 | |

*Property Insurance Section*

*Declarations*

CHUBB®

# Property Insurance

## Schedule of Forms

| | |
|---|---|
| *Policy Period* | MAY 1, 2019  TO  MAY 1, 2020 |
| *Effective Date* | MAY 1, 2019 |
| *Policy Number* | 7956-75-28 |
| *Insured* | ANOTHER PLANET ENTERTAINMENT, LLC |
| *Name of Company* | VIGILANT INSURANCE COMPANY |
| *Date Issued* | MAY 14, 2019 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 10-02-0939 | 3-11 | MISCELLANEOUS EQUIPMENT | 05/01/19 | 05/14/19 |
| 10-02-0981 | 3-11 | BLANKET LOSS PAYEES - MISCELLANEOUS EQUIPMENT | 05/01/19 | 05/14/19 |
| 80-02-0280 | 7-03 | SCHEDULE OF MORTGAGEES/LOSS PAYEES | 05/01/19 | 05/14/19 |
| 80-02-0315 | 1-15 | SUPP DEC-IMPAIRMENT OF COMP SERVICES | 05/01/19 | 05/14/19 |
| 80-02-0005 | 1-18 | PROPERTY DECLARATIONS | 05/01/19 | 05/14/19 |
| 80-02-0220 | 1-15 | PROPERTY SUPPLEMENTARY DECLARATIONS | 05/01/19 | 05/14/19 |
| 80-02-0225 | 7-03 | PROPERTY SUPPLEMENTARY DEC.-BUSINESS INCOME | 05/01/19 | 05/14/19 |
| 80-02-1000 | 6-05 | BUILDING AND PERSONAL PROPERTY | 05/01/19 | 05/14/19 |
| 80-02-1004 | 7-03 | BUSINESS INCOME WITH EXTRA EXPENSE | 05/01/19 | 05/14/19 |
| 80-02-1017 | 7-03 | ELECTRONIC DATA PROCESSING PROPERTY | 05/01/19 | 05/14/19 |
| 80-02-1018 | 7-03 | EXTRA EXPENSE | 05/01/19 | 05/14/19 |
| 80-02-1048 | 7-03 | ACCTS REC, FINE ARTS, MONEY & SEC, VAL PAPERS | 05/01/19 | 05/14/19 |
| 80-02-1095 | 7-03 | IMPAIRMENT OF COMPUTER SERVICES-MALICIOUS PGM | 05/01/19 | 05/14/19 |
| 80-02-1097 | 6-05 | PROPERTY/BI CONDITIONS & DEFINITIONS | 05/01/19 | 05/14/19 |
| 80-02-1300 | 7-03 | SCHEDULED PERSONAL PROPERTY COVERAGE | 05/01/19 | 05/14/19 |
| 80-02-1372 | 10-06 | EQSL-LIMIT OF INSURANCE /DEDUCTIBLE | 05/01/19 | 05/14/19 |
| 80-02-1644 | 5-04 | ELECTRONIC DATA AND PERIL CHANGES | 05/01/19 | 05/14/19 |
| 80-02-1660 | 1-15 | EXCL. OF CERTIFIED ACTS-INCL. ENSUING FIRE | 05/01/19 | 05/14/19 |
| 80-02-5250 | 6-08 | ORD OR LAW & EXISTING GREEN STANDARDS LPB | 05/01/19 | 05/14/19 |
| 80-02-5310 | 1-14 | MECH. OR ELECT. SYSTEM OR APPARATUS DEF AMEND | 05/01/19 | 05/14/19 |
| 80-02-5355 | 1-15 | SPECIAL WAITING PERIOD PROVISION ADDED | 05/01/19 | 05/14/19 |
| 80-02-5357 | 1-15 | ADDITIONAL COVG ADDED - PROHIBITION OF ACCESS | 05/01/19 | 05/14/19 |

*last page*

## CHUBB®

## Property Insurance

### Schedule of Mortgagees And Loss Payees

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

Named Insured and Mailing Address

ANOTHER PLANET ENTERTAINMENT, LLC
1815 4TH ST STE C
BERKELEY, CA 94710

*Policy Number*   7956-75-28

*Effective Date*   MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**VIGILANT**
**INSURANCE COMPANY**

Producer No.   0028440-99999

*Incorporated under the laws of*
*NEW YORK*

Producer        LOCKTON COMPANIES, LLC (ENT)
                3 EMBARCADERO CTR STE600
                SAN FRANCISCO, CA 94111-0000

## Policy Period

From:   MAY 1, 2019                 To:  MAY 1, 2020
12:01 A.M . standard time at the Named Insured's mailing address shown above.

### SCHEDULE

PREMISES #   1        1815 4TH ST
                     STE A, B, C, D, E
                     BERKELEY, CALIFORNIA  94710
                     COUNTY OF ALAMEDA

            LOSS PAYEE:        WELLS FARGO BANK N.A.
                               ATTN: RECORDS MGMT / ERIC PENNISTON
                               MAC C7300-033
                               1740 BROADWAY, DENVER, CO 80274



**Premises Summary**
(continued)

THIS PAGE INTENTIONALLY LEFT BLANK

Chubb. Insured.℠

Property Insurance

**Issue Date:** MAY 14, 2019

*last page*

**Form 80-02-0280 (Ed. 7-03)**

Property - Schedule Of Mortgagees And Loss Payees

**Page** 2

# CHUBB®

## Property Insurance
### Declarations

**Chubb Group of Insurance Companies**
**202B Hall's Mill Road**
**Whitehouse Station, NJ 08889**

Policy Number 7956-75-28
Effective Date MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*
**VIGILANT**
**INSURANCE COMPANY**

*Incorporated under the laws of*
*NEW YORK*

### Named Insured and Mailing Address

ANOTHER PLANET ENTERTAINMENT, LLC
1815 4TH ST STE C
BERKELEY, CA 94710

Producer No.  0028440-99999
Producer
LOCKTON COMPANIES, LLC (ENT)
3 EMBARCADERO CTR STE600
SAN FRANCISCO, CA 94111-0000

---

**Policy Period:**  From:  MAY 1, 2019        To:  MAY 1, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

**Deductible**        $ 5,000
**Waiting Period**     24 HOURS
**Extended Period**    UNLIMITED

The information shown above applies to:
- all premises coverages;
- all additional coverages; and
- debris removal coverage,

and all premises shown in this and all other property declarations, unless corresponding specific information is shown as applicable to a specific premises or coverage.

---

### Premises Schedule

1. 1815 4TH ST, STE A, B, C, D, E, BERKELEY, CA 94710
2. 1255 21ST ST, OAKLAND, CA 94607
3. 1807 TELEGRAPH AVE, OAKLAND, CA 94612
4. 1825 TELEGRAPH AVE, OAKLAND, CA 94612
5. 2001 GAYLEY ROAD, BERKELEY, CA 94720
6. 99 GROVE ST, SAN FRANCISCO, CA 94102
7. 18 HWY 50, STATELINE, NV 89449



## *Premises Coverages - Blanket Limits*

| *Blanket Number and Coverages* | *Limits Of Insurance* |
|---|---|
| *1.*    *PERSONAL PROPERTY* | *$ 8,180,000* |
| *2.*    *BUSINESS INCOME WITH EXTRA EXPENSE* | *$ 23,908,822* |
| *3.*    *EDP PROPERTY* | *$ 350,000* |
| *4.*    *PREP OF LOSS FEES* | *$ 350,000* |

***Premises Coverages*** *If "Blanket" or "Loss Limit" is shown under Limits Of Insurance as applicable to a Premises, please refer to the "Premises Coverages – Blanket Limits" section or the "Loss Limits Of Insurance" section above to determine the Limit Of Insurance applicable to such Premises. "Blanket" limits are numbered for ease of reference. If a specific limit is shown under Limits Of Insurance for a Premises Coverage, that Limit applies to such coverage, even if a "Blanket" limit applies to other Premises Coverage at such premises.*

*PREMISES # 1*       1815 4TH ST
                                STE A, B, C, D, E
                                BERKELEY, CALIFORNIA 94710

|  | *Limits Of Insurance* |
|---|---|
| PERSONAL PROPERTY | BLANKET     1 |
| EDP PROPERTY | BLANKET     3 |
| FINE ARTS | $ 475,000 |

*PREMISES #2*       1255 21ST ST
                                  OAKLAND, CALIFORNIA 94607

|  | *Limits Of Insurance* |
|---|---|
| PERSONAL PROPERTY | BLANKET     1 |

*PREMISES #3*       1807 TELEGRAPH AVE
                                  OAKLAND, CALIFORNIA 94612

|  | *Limits Of Insurance* |
|---|---|
| PERSONAL PROPERTY | BLANKET     1 |
| BUSINESS INCOME WITH EXTRA EXPENSE | BLANKET     2 |
| EDP PROPERTY | BLANKET     3 |
| PREPARATION OF LOSS FEES | BLANKET     4 |

*PREMISES #4*       1825 TELEGRAPH AVE
                                  OAKLAND, CALIFORNIA 94612

CHUBB®

## *Premises Coverages*
*(continued)*

|  | Limits Of Insurance |
|---|---|
| PERSONAL PROPERTY | BLANKET 1 |
| PREPARATION OF LOSS FEES | BLANKET 4 |

---

*PREMISES #5*     2001 GAYLEY ROAD
                 BERKELEY, CALIFORNIA 94720

|  | Limits Of Insurance |
|---|---|
| BUSINESS INCOME WITH EXTRA EXPENSE | BLANKET 2 |
| EDP PROPERTY | BLANKET 3 |

---

*PREMISES #6*     99 GROVE ST
                 SAN FRANCISCO, CALIFORNIA 94102

|  | Limits Of Insurance |
|---|---|
| PERSONAL PROPERTY | BLANKET 1 |
| BUSINESS INCOME WITH EXTRA EXPENSE | BLANKET 2 |
| EDP PROPERTY | BLANKET 3 |

---

*PREMISES #7*     18 HWY 50
                 STATELINE, NEVADA 89449

|  | Limits Of Insurance |
|---|---|
| PERSONAL PROPERTY | BLANKET 1 |
| BUSINESS INCOME WITH EXTRA EXPENSE | BLANKET 2 |

---

## *Additional Coverages*

|  | Limits Of Insurance |
|---|---|
| *MISCELLANEOUS EQUIPMENT* | |
| MISCELLANEOUS EQUIPMENT | $ 1,950,556 |

Chubb. Insured.℠

**CHUBB**®

### Property Insurance

### Supplementary Declarations – Impairment Of Computer Services – Malicious Programming

**Named Insured and Mailing Address**

ANOTHER PLANET ENTERTAINMENT, LLC
1815 4TH ST STE C
BERKELEY, CA 94710

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

*Policy Number*    7956-75-28

*Effective Date*    MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**VIGILANT**
**INSURANCE COMPANY**

*Producer No.*  0028440-99999

*Producer*    LOCKTON COMPANIES, LLC (ENT)
3 EMBARCADERO CTR STE600
SAN FRANCISCO, CA 94111-0000

*Incorporated under the laws of*
*NEW YORK*

---

### Policy Period

From: MAY 1, 2019            To: MAY 1, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

---

The Limits Of Insurance shown below:

- are provided at no additional cost to you;

- apply anywhere within the Coverage Territory; and

- do not apply when the applicable coverage has been excluded as shown in the Declarations or by endorsement to this policy.

You may purchase increased Limits Of Insurance, and we will charge you an additional premium. If you purchase increased Limits Of Insurance, the Limits Of Insurance shown in the Declarations will reflect your total Limit Of Insurance, including the Limits Of Insurance shown below. Any applicable deductible will be shown in the Declarations with the coverage. If no deductible is shown in the Declarations with the coverage, then the Property Deductible will apply. Extra Expense is not subject to any deductible.

| | |
|---|---|
| INSIDE ATTACK | $ 100,000 |
| OUTSIDE ATTACK – PER OCCURRENCE | $ 10,000 |
| OUTSIDE ATTACK – ANNUAL AGGREGATE | $ 50,000 |

_Authorized Representative_

Chubb. Insured.℠



**CHUBB®**    ***Property Insurance***

*Supplementary Declarations - Property*

***Chubb Group of Insurance Companies***
***202B Hall's Mill Road***
***Whitehouse Station, NJ 08889***

*Named Insured and Mailing Address*

*Policy Number*    7956-75-28

ANOTHER PLANET ENTERTAINMENT, LLC
1815 4TH ST STE C
BERKELEY, CA 94710

*Effective Date*    MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**VIGILANT**
**INSURANCE COMPANY**

*Producer No.*    0028440-99999

*Incorporated under the laws of*
*NEW YORK*

*Producer*    LOCKTON COMPANIES, LLC (ENT)
3 EMBARCADERO CTR STE600
SAN FRANCISCO, CA 94111-0000

## Policy Period

From: MAY 1, 2019           To: MAY 1, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

## Covered Premises $500,000 Blanket Limit Of Insurance

The Blanket Limit Of Insurance shown above applies only for the Premises Coverages shown below. Unless otherwise stated, this Blanket Limit Of Insurance applies separately at each covered premises shown in the Declarations. This Blanket Limit Of Insurance applies in excess of the applicable deductible shown in the Declarations.

At time of loss, the first Named Insured may elect to apportion this Blanket Limit Of Insurance to one or any combination of the Premises Coverages shown, but under no circumstance will the aggregate apportionment be permitted to exceed the Blanket Limit Of Insurance shown above at any one covered premises. For the purpose of the application of this $500,000 Blanket Limit Of Insurance, all property at one premises shall constitute a single premises.

Separate specific Limits Of Insurance may be purchased for each of these Premises Coverages. If purchased, these Limits Of Insurance and any applicable deductible will be shown in the Declarations with the Premises Coverages. If no deductible is shown in the Declarations with the Premises Coverages, then the Property Deductible will apply. When a specific Limit Of Insurance is purchased for any of these Premises Coverages, such specific Limit Of Insurance will apply in addition to whatever amount the first Named Insured apportions to that coverage at time of loss as provided in the previous paragraphs.

## Coverages Included In The Blanket Limit Of Insurance:

| | |
|---|---|
| *ACCOUNTS RECEIVABLE* | *LEASEHOLD INTEREST – UNDAMAGED* |
| *ELECTRONIC DATA PROCESSING PROPERTY* | *TENANT'S IMPROVEMENTS & BETTERMENTS* |
| *FINE ARTS* | *NON – OWNED DETACHED TRAILERS* |
| *LEASEHOLD INTEREST -* | *OUTDOOR TREES, SHRUBS, PLANTS OR LAWNS* |
| *BONUS PAYMENT,* | *PAIR AND SET* |
| *PREPAID RENT,* | *PERSONAL PROPERTY OF EMPLOYEES* |
| *SUBLEASE PROFIT,* | *PUBLIC SAFETY SERVICE CHARGES* |
| *TENANTS' LEASE INTEREST* | *RESEARCH AND DEVELOPMENT PROPERTY* |
| | *VALUABLE PAPERS* |

## Property Coverages

The Limits Of Insurance shown below:

- are provided for the Premises Coverages and Additional Coverages shown at no additional cost to you;

- apply separately at each premises shown in the Declarations, except for the following Additional Coverages which apply anywhere within the Coverage Territory:

  - Any Other Location;

  - Deferred Payments;

  - Exhibition, Fair Or Trade Show;

  - Installation;

  - In Transit; or

  - Mobile Communication Property (greater than 1,000 feet from a premises shown in the Declarations); and

- do not apply when the applicable coverage has been excluded as shown in the Declarations or by endorsement to this policy.

The Limits Of Insurance for:

- Debris Removal; and

- Preparation Of Loss Fees,

apply separately at each premises shown in the Declarations or anywhere within the Coverage Territory.

You may purchase increased Limits Of Insurance, and we will charge you an additional premium. If you purchase increased Limits Of Insurance for any of these coverages, the Limits Of Insurance shown in the Declarations will reflect your total Limit Of Insurance, including the Limits Of Insurance shown below. Any applicable deductible will be shown in the Declarations with the coverage. If no deductible is shown in the Declarations with the coverage, then the Property Deductible will apply. Extra Expense Coverage is not subject to any deductible.

Extra expense is subject to the:

- Business Income With Extra Expense contract and Business Income With Extra Expense And Research And Development Income contract if purchased; or

- Extra Expense contract, if the Business Income With Extra Expense contract or Business Income With Extra Expense And Research And Development Income contract is not purchased.

# CHUBB®

## Property Insurance

### Supplementary Declarations - Property

| | |
|---|---|
| *Effective Date* | MAY 1, 2019 |
| *Policy Number* | 7956-75-28 |

## Property Coverages

Limit Of Insurance

**ANY OTHER LOCATION**

| | |
|---|---|
| ACCOUNTS RECEIVABLE | $ 75,000 |
| BUILDING COMPONENTS | $ 75,000 |
| ELECTRONIC DATA PROCESSING PROPERTY | $ 75,000 |
| FINE ARTS | $ 75,000 |
| PERSONAL PROPERTY | $ 75,000 |
| RESEARCH AND DEVELOPMENT PROPERTY | $ 75,000 |
| VALUABLE PAPERS | $ 75,000 |

**DEBRIS REMOVAL**

| | |
|---|---|
| PREMISES SHOWN IN THE DECLARATIONS | $ 500,000 |
| ANY OTHER LOCATION | $ 50,000 |
| IN TRANSIT | $ 50,000 |

**DEFERRED PAYMENTS** — $ 50,000

**EXHIBITION, FAIR OR TRADE SHOW**

| | |
|---|---|
| ELECTRONIC DATA PROCESSING PROPERTY | $ 75,000 |
| FINE ARTS | $ 75,000 |
| PERSONAL PROPERTY | $ 75,000 |

**EXTRA EXPENSE** — $ 250,000

**FUNGUS CLEAN-UP OR REMOVAL** — $ 50,000

**INSTALLATION**

| | |
|---|---|
| ANY JOB SITE | $ 50,000 |
| IN TRANSIT | $ 50,000 |

## Property Coverages

**Limit Of Insurance**

*IN TRANSIT*

| | | |
|---|---|---|
| ACCOUNTS RECEIVABLE | $ | 50,000 |
| BUILDING COMPONENTS | $ | 50,000 |
| ELECTRONIC DATA PROCESSING PROPERTY | $ | 50,000 |
| FINE ARTS | $ | 50,000 |
| PERSONAL PROPERTY | $ | 50,000 |
| VALUABLE PAPERS | $ | 50,000 |

*LOSS OF MASTER KEY*     $   25,000

*LOSS PREVENTION EXPENSES*     $   25,000

*MOBILE COMMUNICATION PROPERTY*
*(GREATER THAN 1,000 FEET FROM A PREMISES*
*SHOWN IN THE DECLARATIONS )*     $   25,000

*MONEY & SECURITIES*

| | | |
|---|---|---|
| ON PREMISES | $ | 25,000 |
| OFF PREMISES | $ | 25,000 |

*POLLUTANT CLEAN-UP OR REMOVAL*     $   50,000

*PROCESSING WATER*     $   25,000

*PREPARATION OF LOSS FEES*     $   25,000

The following displays the Coverages and the applicable Limits Of Insurance for:

## Newly Acquired Premises Or Newly Acquired Or Constructed Property

**Limit Of Insurance**

| | |
|---|---|
| *BUILDING*       ` | $5,000,000 |
| *PERSONAL PROPERTY* | $2,500,000 |
| *PERSONAL PROPERTY AT EXISTING PREMISES* | $ 100,000 |
| *ELECTRONIC DATA PROCESSING EQUIPMENT* | $2,500,000 |
| *ELECTRONIC DATA* | $ 250,000 |
| *COMMUNICATION PROPERTY* | $ 250,000 |
| *FINE ARTS* | $ 50,000 |


# Property Insurance

## Supplementary Declarations - Property

| | |
|---|---|
| *Effective Date* | MAY 1, 2019 |
| *Policy Number* | 7956-75-28 |

You may purchase increased Limits Of Insurance for any of the Newly Acquired Premises or Newly Acquired or Constructed Property Limits Of Insurance shown above and we will charge you an additional premium. If you purchase such increased Limits Of Insurance, the Limits Of Insurance shown in the Declarations will reflect your total limit, including the Limits Of Insurance shown above.

_____

*Authorized Representative*

Chubb. Insured.℠



**CHUBB®**

## Property Insurance

## *Supplementary Declarations — Business Income*

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

*Named Insured and Mailing Address*

ANOTHER PLANET ENTERTAINMENT, LLC
1815 4TH ST STE C
BERKELEY, CA 94710

*Policy Number* 7956-75-28

*Effective Date* MAY 1, 2019

*Issued by the stock insurance company
indicated below, herein called the company.*

**VIGILANT
INSURANCE COMPANY**

*Producer No.* 0028440-99999

*Incorporated under the laws of
NEW YORK*

*Producer*   LOCKTON COMPANIES, LLC (ENT)
3 EMBARCADERO CTR STE600
SAN FRANCISCO, CA 94111-0000

### Policy Period

From:   MAY 1, 2019         To:  MAY 1, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

### Additional Business Income Coverages

The Limits Of Insurance shown below are provided for the Premises Coverages and Additional Coverages shown at no additional cost to you. You may purchase increased Limits Of Insurance, and we will charge you an additional premium. If you purchase increased Limits Of Insurance for any of these coverages, the Limits Of Insurance shown in the Declarations will reflect your total Limit Of Insurance, including the Limits Of Insurance shown below.

Except for Dependent Business Premises, Any Other Location, Exhibition, Fair or Trade Show and Preparation Of Loss Fees, the Limits Of Insurance shown below apply at each premises for which you have purchased a Limit Of Insurance for Business Income as shown in the Declarations.

The Limit Of Insurance for Dependent Business Premises applies:

- at each of your premises for which you have purchased a Limit Of Insurance for Business Income as shown in the Declarations;

- separately to each **occurrence**, regardless of the number of **dependent business premises** that sustain covered direct physical loss or damage; and

- only if such direct physical loss or damage causes a business income loss (or extra expense loss if Business Income With Extra Expense is purchased) at your premises for which you have purchased a Limit Of Insurance for Business Income as shown in the Declarations,

provided that actual loss for such premises is the direct result of direct physical loss or damage, by a **covered peril**, to the **dependent business premises**.

If you increase the $250,000 Limit Of Insurance for Dependent Business Premises as provided for in this Supplementary Declarations, such increased Limit Of Insurance:

- will be shown in the Declarations and will reflect your total Dependent Business Premises Limit Of Insurance at the applicable **dependent business premises** shown in the Declarations; and

- is the most we will pay in any one **occurrence** at all premises for which a Limit Of Insurance for Business Income is shown in the Declarations.

The Limit Of Insurance for Any Other Location or Exhibition, Fair or Trade Show applies within the Coverage Territory of this policy.

The Limit Of Insurance for Preparation Of Loss Fees applies at each premises shown in the Declarations or anywhere within the Coverage Territory.

## Business Income Coverages

| | Limit Of Insurance |
|---|---|
| ANY OTHER LOCATION | $ 50,000 |
| CONTRACTUAL PENALTIES | $ 25,000 |
| DEPENDENT BUSINESS PREMISES | $ 250,000 |
| EXHIBITION, FAIR OR TRADE SHOW | $ 25,000 |
| PREPARATION OF LOSS FEES | $ 25,000 |
| INGRESS & EGRESS | $ 50,000 |
| LOSS OF UTILITIES | $ 25,000 |
| POLLUTANT CLEAN-UP OR REMOVAL | $ 25,000 |

The following displays the coverage and the applicable Limit Of Insurance provided for each newly acquired premises:

## Newly Acquired Premises

| | Limit Of Insurance |
|---|---|
| BUSINESS INCOME | $ 250,000 |

Authorized Representative

Chubb. Insured℠

# Property Insurance

## Building And Personal Property

## Table Of Contents

| Section | Page No. |
|---|---|
| *Premises Coverages* | *3* |
| *Additional Coverages* | *7* |
| *Debris Removal Coverage* | *13* |
| *Policy Exclusions* | *14* |
| *Additional Exclusions* | *18* |
| *Limits Of Insurance* | *21* |
| *Deductible* | *22* |
| *Loss Payment Basis* | *22* |
| *Loss Payment Basis Exceptions* | *25* |
| *Loss Payment Limitations* | *27* |
| *Conditions (Including Coverage Territory)* | *28* |
| *Additional Condition* | *28* |
| *Definitions* | *29* |

PROPERTY

CONTRACT

BUILDING AND PERSONAL PROPERTY

*THIS PAGE INTENTIONALLY LEFT BLANK*

## CHUBB®

# Building And Personal Property

# Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the Property/Business Income Conditions And Definitions form included in this policy.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance.

## Premises Coverages

The following Premises Coverages apply only at those premises for which a Limit Of Insurance applicable to such coverages is shown in the Declarations.

Except as otherwise provided, the loss or damage must:

* be caused by or result from a peril not otherwise excluded; and

* occur at, or within 1,000 feet of, the premises shown in the Declarations.

## Building Or Personal Property

We will pay for direct physical loss or damage to:

* **building**; or

* **personal property**,

caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Building Or Personal Property shown in the Declarations.

## Burglary Damage To Building

We will pay for direct physical loss or damage to a **building**:

* you do not own;

* you occupy; and

* for which you are contractually liable,

caused by or resulting from burglary or any attempt at burglary, not to exceed the Limit Of Insurance for Personal Property shown in the Declarations for the premises where the loss or damage occurred.

This Premises Coverage does not apply:

* to ensuing loss or damage caused by or resulting from a peril not otherwise excluded; or

* if a Limit Of Insurance for Building applicable to the premises, where the loss or damage occurred, is shown in the Declarations.

## Fungus Clean-up Or Removal

We will pay the costs you incur to clean up, remove, restore or replace covered property because of the presence of **fungus** at the premises shown in the Declarations.

The most we will pay at the premises for the sum of all such covered costs that occur during each separate 12-month policy period, regardless of whether this Premises Coverage appears in any other contract or contracts that form part of this policy is the applicable Limit Of Insurance for Fungus Clean-up Or Removal shown in the Declarations.

## Premises Coverages

### Fungus Clean-up Or Removal
*(continued)*

We will not pay for the costs to test for, monitor, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of **fungus**, other than payment for testing that is performed during the clean-up or removal of **fungus**.

This Premises Coverage does not apply if the presence of **fungus**:

A.    is caused by or results from:

    1.    a peril that is excluded under this insurance; or

    2.    moisture, other than **water** or **flood**, if the **flood** would be covered under this insurance;

B.    existed prior to the effective date shown in the Declarations;

C.    is not reported to us in writing as soon as possible after you first become aware, or in the exercise of reasonable care, should have become aware, of the presence of **fungus**; or

D.    is at premises that has been specifically excluded in the Declarations or by endorsement to this policy.

### Leasehold Interest - Bonus Payment, Prepaid Rent, Sublease Profit, Tenants' Lease Interest

We will pay for the:

- **bonus payment;**
- **prepaid rent;**
- **sublease profit;** or
- **tenants' lease interest,**

loss you incur directly resulting from the cancellation of your written lease for the premises shown in the Declarations, not to exceed the applicable Limit Of Insurance for:

- Bonus Payment;
- Prepaid Rent;
- Sublease Profit; or
- Tenants' Lease Interest,

shown under Leasehold Interest in the Declarations.

Cancellation of the lease must be:

- by the lessor;
- by a valid condition of your lease; and
- due to direct physical loss or damage to a **building** caused by or resulting from a peril not otherwise excluded at the premises shown in the Declarations.

### Leasehold Interest - Undamaged Tenant's Improvements And Betterments

We will pay for the value of undamaged **tenant's improvements and betterments** when your lease is canceled:

- by the lessor; and
- by a valid condition of your lease,

## Premises Coverages

*Leasehold Interest - Undamaged Tenant's Improvements And Betterments*
*(continued)*

due to direct physical loss or damage to **building** or **personal property** caused by or resulting from a peril not otherwise excluded at the premises shown in the Declarations, not to exceed the applicable Limit Of Insurance for Leasehold Interest – Undamaged Tenant's Improvements And Betterments shown in the Declarations.

*Loss Of Master Key*

We will pay for the reasonable and necessary costs you incur to:

- replace keys;
- adjust locks to accept new keys; or
- if required, install new locks,

due to direct physical loss or damage to a master key or grand master key caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Loss Of Master Key shown in the Declarations.

*Loss Prevention Expenses*

We will pay the reasonable and necessary costs you incur to protect:

- **building**;
- **personal property**; or
- **research and development property**,

at the premises shown in the Declarations from imminent direct physical loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Loss Prevention Expenses shown in the Declarations.

To the extent possible, you must notify us of your intent to incur such cost before you take any loss prevention action.

In any event, you must notify us within forty-eight (48) hours after you have taken any loss prevention action.

*Non-Owned Detached Trailers*

We will pay for direct physical loss or damage to **non-owned detached trailers** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Non-Owned Detached Trailers shown in the Declarations.

*Outdoor Trees, Shrubs, Plants Or Lawns*

We will pay for direct physical loss or damage to **outdoor trees, shrubs, plants or lawns** at premises you own, rent or occupy, shown in the Declarations, caused by or resulting from:

- fire;
- lightning;
- explosion;
- riot or civil commotion; or
- aircraft or self-propelled missiles,

## Premises Coverages

### Outdoor Trees, Shrubs, Plants Or Lawns (continued)

not to exceed the applicable Limit Of Insurance for Outdoor Trees, Shrubs, Plants Or Lawns shown in the Declarations.

### Pair And Set

We will pay for consequential loss to undamaged **personal property** that is part of:

- your product; or
- any product in your care, custody or control,

which has become unmarketable as a complete product, because of covered direct physical loss or damage to **personal property** which is part of the same product, not to exceed the applicable Limit Of Insurance for Pair And Set shown in the Declarations.

This Premises Coverage applies only when you have purchased a Limit Of Insurance for Personal Property.

### Personal Property Of Employees

We will pay for direct physical loss or damage to **personal property of employees** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Personal Property Of Employees shown in the Declarations.

We will also pay for direct physical loss or damage to **personal property of employees** caused by or resulting from a peril not otherwise excluded while such **personal property of employees** is away from your premises for the purpose of performing duties relating to the conduct of your business, not to exceed $2,500 for any one employee or $10,000 in the aggregate for any **occurrence**, regardless of the number of employees.

### Processing Water

We will pay the cost you incur to replace water that is used in your processing operations and contained in any:

- above-ground tank;
- processing equipment; or
- any associated above-ground piping,

when such water has been released or rendered unusable for its intended purpose as a direct result of direct physical loss or damaged to such tank, equipment or piping caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Processing Water shown in the Declarations.

The loss or damage must occur at the premises show in the Declarations.

This Premises Coverage does not apply to fire protection equipment.

## Premises Coverages
(continued)

**Public Safety Service Charges**

We will pay the charges you:

- assume under any contract or agreement; or

- are required to pay by local ordinance,

in effect at the time of the direct physical loss or damage, if a fire department or other municipal agency charged with preserving public safety is called to save or protect **building**, **personal property** or **research and development property** from direct physical loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Public Safety Service Charges shown in the Declarations.

**Removal**

We will pay for direct physical loss or damage to **building components**, **personal property** or **research and development property** while:

- being moved to another location or returned from such location to its original location; or

- temporarily stored at another location,

if you must move the **building components**, **personal property** or **research and development property** from such location to preserve it from imminent loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Building, Personal Property or Research And Development Property shown in the Declarations.

**Research And Development Property**

We will pay for:

- direct physical loss or damage to **research and development property** caused by or resulting from a peril not otherwise excluded; and

- the necessary and reasonable additional cost you incur to repair or replace **research and development property** that has been lost or damaged by a peril not otherwise excluded,

not to exceed the applicable Limit Of Insurance for Research and Development Property shown in the Declarations.

These additional costs must be in excess of the cost you would otherwise incur to repair or replace lost or damaged **research and development property** in order to meet your last scheduled introduction date (prior to loss or damage) for any new product which is based on such **research and development property**.

## Additional Coverages

The following Additional Coverages apply within the coverage territory.

**Any Other Location**

We will pay for direct physical loss or damage caused by or resulting from a peril not otherwise excluded to:

- **building components**;

- **personal property**; or

- **research and development property**,

## Additional Coverages

### Any Other Location
(continued)

at unspecified premises, not to exceed the applicable Limit Of Insurance for:

- Building Components;
- Personal Property; or
- Research and Development Property,

shown under Any Other Location in the Declarations.

This Additional Coverage does not apply to:

- **salespersons' samples**;
- property while at any exhibition, fair or trade show;
- property at newly acquired premises;
- property while **in transit**; or
- property at a job site or temporarily warehoused elsewhere awaiting installation at the job site.

This Additional Coverage applies only if a Limit Of Insurance for:

- Building Components;
- Personal Property; or
- Research And Development Property,

is shown under Any Other Location in the Declarations.

### Arson Or Theft Reward

We will pay a reward of 25% of the covered loss or damage, up to a maximum of $25,000, for information leading to a felony conviction arising out of direct physical loss or damage to covered property caused by or resulting from arson, larceny, burglary or vandalism.

### Deferred Payments

We will pay for your interest in **personal property** that suffers direct physical loss or damage caused by or resulting from a peril not otherwise excluded and sold by you under a conditional sale or trust agreement or any installment or deferred payment plan:

- while **in transit** to buyers; or
- after delivery to buyers,

not to exceed the applicable Limit Of Insurance for Deferred Payments shown in the Declarations.

This Additional Coverage does not apply to default by the buyer of such agreement or plan.

This Additional Coverage applies only if a Limit Of Insurance for Deferred Payments is shown in the Declarations.

## Additional Coverages
(continued)

### Exhibition, Fair Or Trade Show

We will pay for direct physical loss or damage to **personal property** caused by or resulting from a peril not otherwise excluded while:

- **in transit** to or from any exhibition, fair or trade show; or

- at any exhibition, fair or trade show,

not to exceed the applicable Limit Of Insurance for Personal Property shown under Exhibition, Fair Or Trade Show in the Declarations.

This Additional Coverage does not apply to:

- **electronic data processing property**; or

- **fine arts**.

This Additional Coverage applies only if a Limit Of Insurance for Personal Property is shown under Exhibition, Fair Or Trade Show in the Declarations.

### Fire Protection Equipment

We will pay the cost you incur to refill your discharged fire protection equipment whether or not there is direct physical loss or damage to property.

This Additional Coverage is provided regardless of whether a Limit Of Insurance is shown in the Declarations.

### Installation

We will pay for direct physical loss or damage to **personal property** caused by or resulting from a peril not otherwise excluded while such **personal property** is:

A. at a job site or temporarily warehoused elsewhere:

    1. awaiting and during installation;

    2. awaiting and during tests; or

    3. awaiting acceptance by the buyer,

not to exceed the applicable Limit Of Insurance for Any Job Site shown under Installation in the Declarations; or

B. **in transit** to or from such job site or temporary warehouse, not to exceed the applicable Limit Of Insurance for In Transit shown under Installation in the Declarations.

We will not pay for any loss or damage to:

- **personal property** not a part of or destined to become part of the installation;

- tools; or

- **contractors' equipment**.

This Additional Coverage ends when the first of the following occurs:

- your interest in the **personal property** ceases;

- the buyer accepts the **personal property**;

- the **personal property** is put to use for its intended purpose; or

## Additional Coverages

*Installation*
*(continued)*

• this policy is terminated.

This Additional Coverage applies only if a Limit Of Insurance for Any Job Site or In Transit is shown under Installation in the Declarations.

*In Transit*

We will pay for direct physical loss or damage to:

A.  **personal property**, **building components**, or **research** and **development property** while **in transit**;

B.  **personal property** being shipped FOB or on other similar terms after the title of a shipment passes to the consignee; or

C.  **personal property** which has been refused by the consignee, from the time such property has been refused until:

1.  the time such property is returned to your premises; or

2.  14 consecutive days after such property has been refused,

whichever occurs first,

caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Personal Property, Building Components or Research And Development Property shown under In Transit in the Declarations.

We will not attempt to collect from the consignee, unless you:

• provide us with your written consent to do so; or

• assign us your right of action.

We will also pay for:

A.  the necessary additional expenses you incur to inspect, repackage and reship **personal property** damaged by a peril not otherwise excluded;

B.  general average and salvage charges that may be assessed against your covered **personal property** shipments that are waterborne; and

C.  loss or damage to **personal property** during loading and unloading of that property from a transporting conveyance, by a peril not otherwise excluded,

not to exceed the applicable Limit Of Insurance for Personal Property shown under In Transit in the Declarations.

This Additional Coverage does not apply:

• to any **personal property**, **building components** or **research and development property** while **in transit** to or from any exhibition, fair or trade show;

• to **salespersons' samples**;

• when you are acting as a carrier for hire;

• if you have purchased separate ocean marine insurance that covers any property **in transit**;

• to shipments by mail, unless registered;

• to **electronic data processing property**;

## Additional Coverages

### In Transit
(continued)

- to **fine arts**; or

- to loss or damage to any property insured under the International Air Shipments Additional Coverage.

### International Air Shipments

We will pay for direct physical loss or damage to **personal property** caused by or resulting from a peril not otherwise excluded while being shipped by air to or from:

- the contiguous United States of America;

- Canada;

- the State of Alaska;

- the State of Hawaii;

- Puerto Rico; or

- territories or possessions of the United States of America or Canada,

and points worldwide, not to exceed the applicable Limit Of Insurance for Personal Property shown under International Air Shipments in the Declarations. This coverage applies from the delivery of **personal property** at the point of origin shown in the air waybill until it is discharged at the destination shown in the air waybill.

This Additional Coverage does not apply:

- to **personal property** while being shipped by air to or from any exhibition, fair or trade show;

- if you have purchased separate ocean marine insurance which covers any **personal property** being shipped by air;

- to shipments by mail;

- if you are required to provide a negotiable special cargo policy of insurance to any seller, buyer or bank;

- to **electronic data processing property**;

- to **fine arts**; or

- to loss or damage to any property insured under the In Transit Additional Coverage.

### Newly Acquired Property

We will pay for direct physical loss or damage to:

- **building** under construction at existing or newly acquired premises;

- **building** or **personal property** at newly acquired premises; or

- newly acquired **personal property** at existing premises shown in the Declarations

caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Building or Personal Property shown in the Declarations under Newly Acquired Premises or Newly Acquired or Constructed Property.

## Additional Coverages

*Newly Acquired Property*
*(continued)*

This Additional Coverage applies until the first of the following occurs:

- you report the value of the **building** or **personal property** at the newly acquired premises to us and we add such **building** or **personal property** to this policy;

- you report the value of the newly acquired **personal property** at the existing premises shown in the Declarations, and we add such **personal property** to this policy;

- 180 days pass from the date you acquire the premises, **personal property**, or construction begins on the **building**; or

- this policy expires.

We will charge you additional premium for the reported values from the date you acquire the premises or **personal property**, or construction begins on the **building**, if we add such premises, **personal property** or **building** to this policy.

**Personal property** being moved from a vacated premises to a new premises is not considered newly acquired **personal property.**

*Pollutant Clean-up Or Removal*

We will pay the costs you incur to clean up or remove **pollutants** from land, water or air:

A. at the premises shown in the Declarations and either inside or outside of a **building**; or

B. if the **pollutants** were part of:

    1. **personal property;**

    2. **research and development property;** or

    3. **building components,**

    while **in transit,**

if the discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused by or results from a peril not otherwise excluded.

The costs will be paid only if they are reported to us in writing within 180 days of the date the peril occurred which caused or resulted in the discharge, dispersal, seepage, migration, release or escape of the **pollutants**.

The most we will pay:

- at a premises shown in the Declarations; and

- for any property **in transit,**

for all such covered costs that occur during each separate 12-month policy period, regardless of whether this Additional Coverage appears in any other contract or contracts that form part of this policy, is the applicable Limit Of Insurance for Pollutant Clean-up Or Removal shown in the Declarations.

We will not pay for the costs to test for, monitor, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of **pollutants**, other than payment for testing that is performed during the clean up or removal of the **pollutants** from the land, water or air, either inside or outside of a **building**.

## Additional Coverages

**Pollutant Clean-up Or Removal**
*(continued)*

This Additional Coverage does not apply if the discharge, dispersal, seepage, migration, release or escape of **pollutants**:

- is caused by or results from a peril that is excluded under this insurance; or

- occurred prior to the effective date shown in the Declarations.

---

**Preparation Of Loss Fees**

We will pay the reasonable and necessary expenses we require you to incur after covered direct physical loss or damage to:

- **building**;

- **personal property**;

- **personal property of employees**;

- **research and development property**; or

- **outdoor trees, shrubs, plants or lawns**,

to determine the extent of such loss or damage, not to exceed the applicable Limit Of Insurance for Preparation Of Loss Fees shown in the Declarations.

This Additional Coverage does not apply to any expenses you incur for any:

- insurance adjuster, consultant, or attorney; or

- of your subsidiaries or affiliates.

---

**Salespersons' Samples**

We will pay for direct physical loss or damage to **salespersons' samples** caused by or resulting from a peril not otherwise excluded, not to exceed the Limit Of Insurance for Salespersons' Samples shown in the Declarations.

This Additional Coverage applies only if a Limit Of Insurance for Salespersons' Samples is shown in the Declarations.

---

## Debris Removal Coverage

The following Debris Removal Coverage applies.

**Debris Removal**

A. We will pay for the costs you incur to:

    1. demolish and remove debris of damaged **building**, **personal property**, **personal property of employees** or **research and development property** caused by or resulting from a peril not otherwise excluded that occurs during the policy period; or

    2. remove debris of damaged **outdoor trees, shrubs, plants or lawns** at the premises shown in the Declarations, caused by or resulting from the perils of fire, lightning, explosion, riot or civil commotion or aircraft or self-propelled missiles that occurs during the policy period.

B. The most we will pay for debris removal is the lesser of:

    1. 25% of the covered direct physical loss or damage; or

## Debris Removal Coverage

**Debris Removal**
*(continued)*

2. the remaining applicable Limit Of Insurance for Building, Personal Property, Personal Property Of Employees, Research and Development Property or Outdoor Trees, Shrubs, Plants Or Lawns shown in the Declarations, after payment of the covered direct physical loss or damage.

C. If the amount in B. above is insufficient to pay the debris removal, we will pay the remaining debris removal, subject to the applicable Limit Of Insurance shown under Debris Removal in the Declarations.

We will also pay up to $1,000 for the costs you incur at each premises to remove debris that is blown onto your premises by wind, if the wind would be covered by this insurance.

D. Debris removal will be paid only if:

1. reported to us in writing within 180 days of the date of the direct physical loss or damage to the **building**, **personal property**, **personal property of employees**, **research and development property** or **outdoor trees, shrubs, plants or lawns**; and

2. a Limit Of Insurance applicable to the damaged **building**, **personal property**, **personal property of employees**, **research and development property** or **outdoor trees, shrubs, plants or lawns** is shown in the Declarations.

E. Debris removal does not apply to costs to:

1. a. clean up or remove **pollutants** from land, water or air;

   b. clean up, remove, restore or replace covered property because of the presence of **fungus**; or

   c. clean up, remove, restore or replace polluted land, water or air,

   either inside or outside of a **building**; or

2. demolish and clear the site of the undamaged portion of the **building**.

## Policy Exclusions

The following Policy Exclusions apply to all the coverages in this contract.

**Acts Or Decisions**

This insurance does not apply to loss or damage caused by or resulting from acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

This Acts Or Decisions exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

**Business Errors**

This insurance does not apply to loss or damage caused by or resulting from errors in the:

- altering;
- calibrating;
- constructing;
- developing;
- distributing;

## Policy Exclusions

**Business Errors**
*(continued)*

- installing;
- manufacturing;
- maintaining;
- processing;
- repairing;
- researching; or
- testing,

of part or all of any property.

This Business Errors exclusion does not apply to:

- loss or damage that results to other covered property; or
- ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

**Dishonesty**

This insurance does not apply to loss or damage caused by or resulting from fraudulent, dishonest or criminal acts or omission committed alone or in collusion with others by you, your partners, members, officers, managers, directors, trustees, employees, anyone performing acts coming within the scope of the usual duties of your employees, or by anyone authorized to act for you, or anyone to whom you have entrusted covered property for any purpose.

This Dishonesty exclusion does not apply to:

A.  acts of vandalism;

B.  acts committed by carriers or warehousemen for hire or anyone claiming to be a carrier or warehousemen for hire, other than:

    1.  you, your partners, directors, trustees and employees;

    2.  anyone performing acts coming within the scope of the usual duties of your employees; or

    3.  anyone authorized to act for you; or

C.  ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

**Governmental Or Military Action**

This insurance does not apply to loss or damage caused by or resulting from seizure, confiscation, expropriation, nationalization or destruction of property by order of governmental or military authority, whether de jure or de facto, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

## Policy Exclusions

**Governmental Or Military Action** *(continued)*

This Governmental Or Military Action exclusion does not apply to loss or damage caused by or resulting from acts of destruction ordered by governmental or military authority:

A.   when taken at the time of a fire to prevent its spread, if the fire would be covered under this insurance; or

B.   if the act of destruction is made necessary by direct physical loss or damage to:

    1.   **personal property** while **in transit**; or

    2.   a conveyance in or on which **personal property** while **in transit** is loaded,

    caused by or resulting from a specified peril not otherwise excluded.

---

**Inherent Vice/Latent Defect**

This insurance does not apply to loss or damage caused by or resulting from inherent vice or latent defect.

This Inherent Vice/Latent Defect exclusion does not apply to:

• loss or damage caused by or resulting from a **specified peril**; or

• ensuing loss or damage caused by or resulting from a **specified peril** or **water**.

---

**Insects Or Animals**

This insurance does not apply to loss or damage caused by or resulting from nesting or infestation by, or discharge or release of waste products or secretions of any insect or other animal.

This Insects Or Animals exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

---

**Mechanical Breakdown (Other Than Abrupt And Accidental)**

This insurance does not apply to loss or damage caused by or resulting from mechanical breakdown.

This Mechanical Breakdown (Other Than Abrupt And Accidental) exclusion does not apply to:

A.   abrupt and accidental breakdown of **mechanical or electrical system or apparatus** which causes direct physical loss or damage to all or part of that **mechanical or electrical system or apparatus** provided the direct physical loss or damage becomes manifest at the time of the breakdown that caused it.

    Abrupt and accidental breakdown of **mechanical or electrical system or apparatus** does not include:

    1.   rust, oxidation or corrosion;

    2.   faulty, inadequate or defective design, plan, specifications or installation;

    3.   failure of **mechanical or electrical system or apparatus** to perform in accordance with plans or specifications; or

    4.   freezing caused by or resulting from weather conditions; or

B.   ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

## Policy Exclusions
(continued)

### Nuclear Hazard

This insurance does not apply to loss or damage caused by or resulting from nuclear reaction or radiation, or radioactive contamination, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Nuclear Hazard exclusion does not apply to ensuing loss or damage to:

- **building**;

- **personal property**;

- **personal property of employees**; or

- **research and development property**,

caused by or resulting from fire, if the fire would be covered under this insurance and there is a law in effect in the jurisdiction where the loss or damage occurs that expressly prohibits us from excluding such ensuing loss or damage.

### Planning, Design, Materials Or Maintenance

This insurance does not apply to loss or damage (including the costs of correcting or making good) caused by or resulting from any faulty, inadequate or defective:

- planning, zoning, development, surveying, siting;

- design, specifications, plans, workmanship, repair, construction, renovation, remodeling, grading, compaction;

- materials used in repair, construction, renovation or remodeling; or

- maintenance,

of part or all of any property on or off the premises shown in the Declarations.

This Planning, Design, Materials Or Maintenance exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

### Utility Supply Failure

This insurance does not apply to loss or damage caused by or resulting from suspension or reduction of:

- water services;

- electrical or other power services;

- natural gas or other fuel services; or

- Internet or other communication services,

regardless of any other cause or event that:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

## Policy Exclusions

### Utility Supply Failure
*(continued)*

This Utility Supply Failure exclusion does not apply:

- if the suspension or reduction of such services is the direct result of direct physical loss or damage caused by or resulting from a peril not otherwise excluded; or

- to ensuing loss or damage caused by or resulting from a **specified peril**.

### War And Military Action

This insurance does not apply to loss or damage caused by or resulting from:

- war, including undeclared or civil war;

- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

- insurrection, rebellion, revolution, usurped power or action taken by governmental or military authority, whether de jure or de facto, in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

### Wear And Tear

This insurance does not apply to loss or damage caused by or resulting from wear and tear or deterioration.

This Wear And Tear exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril** or **water**.

### Additional Exclusions

The following Additional Exclusions apply to all coverages in this contract except:

- In Transit Additional Coverage;

- International Air Shipments Additional Coverage;

- Research And Development Property Premises Coverage; and

- Salespersons' Samples Additional Coverage.

### Disappearance

This insurance does not apply to loss or damage caused by or resulting from:

- disappearance; or

- shortage disclosed on taking inventory,

where there is no physical evidence to show what happened.

This Disappearance exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

## *Additional Exclusions*
*(continued)*

*Earthquake*

This insurance does not apply to loss or damage caused by or resulting from earthquake, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Earthquake exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril**.

*Errors In Systems Programming*

This insurance does not apply to loss or damage caused by or resulting from:

A.  errors or omissions in the development of, programming of, or instructions to:

    1.  **electronic data processing property**; or

    2.  a machine; or

B.  **electronic data** which is faulty, inadequate or defective for the use intended at the time of loss or damage.

This Errors In Systems Programming exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril**.

*Flood*

This insurance does not apply to loss or damage caused by or resulting from:

- waves, tidal water or tidal waves; or
- rising, overflowing or breaking of any boundary,

of any natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans or any other body of water or watercourse, whether driven by wind or not, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Flood exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril**.

*Fungus*

This insurance does not apply to loss or damage:

- which is **fungus**;
- which is in anyway attributed to the presence of **fungus**; or
- caused by or resulting from **fungus**,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

## Additional Exclusions

### Fungus
(continued)

- contributes in any sequence to,

the loss or damage, even if such cause or event would otherwise be covered.

This Fungus exclusion does not apply:

A.   when the presence of **fungus** results from:

    1.   explosion;

    2.   fire;

    3.   leakage from fire protection equipment; or

    4.   lightning; or

B.   to the extent insurance is provided under the Fungus Clean-up Or Removal Premises Coverage.

### Pollutants

This insurance does not apply to loss or damage caused by or resulting from the mixture of or contact between property and a **pollutant** when such mixture or contact causes the property to be impure and harmful to:

- itself or other property;
- persons, animals or plants;
- land, water or air; or
- any other part of an environment,

either inside or outside of a building or other structure, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Pollutants exclusion does not apply to:

A.   the mixture of or contact between property and **pollutants** if the mixture or contact is directly caused by or directly results from a **specified peril**;

B.   any solid, liquid or gas used to suppress fire; or

C.   **water**.

Paragraphs B and C do not apply to loss or damage involving:

- viruses or pathogens; or
- ammonia.

# Building And Personal Property

## Additional Exclusions
(continued)

**Settling**

This insurance does not apply to loss or damage caused by or resulting from settling, cracking, shrinking, bulging or expansion of land, paved or concrete surfaces, foundations, pools, **buildings** or other structures.

This Settling exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril**.

## Limits Of Insurance

Except as provided under Fungus Clean-up Or Removal and Pollutant Clean-up Or Removal, the most we will pay in any **occurrence** is the amount of loss or damage, not to exceed the applicable Limit Of Insurance shown in the Declarations.

If any Premises Coverage or Additional Coverage appears in more than one contract which form a part of this policy, unless otherwise specified, the applicable Limit Of Insurance shown in the Declarations for such coverages is the most we will pay in any **occurrence**, regardless of the number of contracts in which such Premises Coverage or Additional Coverage appears.

## Building Extended Limit Of Insurance

If an Extended Limit Of Insurance for Building is shown in the Declarations, the most we will pay in any **occurrence** is the amount of loss or damage, not to exceed 125% of the applicable Limit Of Insurance for Building shown in the Declarations.

The Extended Limit Of Insurance for Building:

- applies only to a premises shown in the Declarations for which the Extended Limit Of Insurance is shown; and

- does not apply to any Limit Of Insurance applicable to more than one **building** or **building** and any other coverage combined.

## Automatic Increase In Limits

The Limits Of Insurance for Building or Personal Property will automatically increase by the annual percentage shown in the Declarations under Automatic Increase In Limits. At the time of loss or damage, the amount of increase will be determined by multiplying the applicable Limit Of Insurance shown in the Declarations by the percentage of annual increase applied on a pro rata basis.

This Automatic Increase In Limits:

A. applies only to a premises shown in the Declarations for which the Automatic Increase In Limits is shown; and

B. does not apply to any Limit of Insurance applicable to:

    1. more than one **building**;

    2. **personal property** in more than one **building**;

    3. **building** and **personal property** combined; or

    4. **building** or **personal property** combined with any other coverage.

| **Deductible** | Subject to the applicable Limit Of Insurance, we will pay the amount of loss or damage, after application of Coinsurance if applicable, in excess of the applicable deductible amount shown in the Declarations for each **occurrence**. |

If two or more deductibles apply to the same **occurrence**, only the largest single deductible will apply, unless otherwise stated.

| **Loss Payment Basis** | The following Loss Payment Basis provisions apply to all coverages contained within this contract, unless otherwise stated. |

Subject to the applicable Limit Of Insurance shown in the Declarations:

A.   covered property is valued on a replacement cost basis as described below, unless:

    1.   the Loss Payment Basis shown in the Declarations is Actual Cash Value; or

    2.   otherwise stated under Loss Payment Basis Exceptions; and

B.   valuation also includes, for **building** or **personal property**, costs you incur as described below under Ordinance Or Law, Construction Fees, Brands And Labels and Extended Warranties.

| **Our Loss Payment Options** | In the event of loss or damage covered by this insurance, at our option, we will either: |

- pay the covered value of the lost or damaged covered property;

- pay the cost of repairing or replacing the lost or damaged covered property plus any reduction in value of the repaired item;

- take all or any part of the covered property at an agreed or appraised value; or

- repair or replace the covered property with other such property of comparable material and quality for the same use or occupancy.

| **Replacement Cost Basis** | Lost or damaged covered property will be valued at the cost to repair or replace such property at the time of loss or damage, but not more than you actually spend to repair or replace such property at the same or another location for the same use or occupancy. There is no deduction for physical deterioration or depreciation. |

If you replace the lost or damaged covered property, the valuation will include customs duties incurred.

If you do not repair or replace the covered property, we will only pay as provided under Actual Cash Value Basis.

If you commence the repair or replacement of the lost or damaged covered property within 24 months from the date of the loss or damage, we will pay you the difference between the actual cash value previously paid and the lesser of the:

- replacement cost at the time of loss or damage; or

- actual costs you incur to repair or replace.

Payment under the Replacement Cost Basis will not be made until the completion of the repairs or the replacement of the covered property.

## *Loss Payment Basis*
(continued)

| | |
|---|---|
| *Actual Cash Value Basis* | If the Loss Payment Basis shown in the Declarations is Actual Cash Value, lost or damaged covered property will be valued at the cost to repair or replace such property at the time of loss or damage with material of like kind and quality, less allowance for each of the following: |

- physical deterioration;
- physical depreciation;
- obsolescence; and
- depletion.

---

| | |
|---|---|
| *Ordinance Or Law* | If there is an ordinance or law in effect at the time of loss or damage that regulates zoning, land use or construction of a **building** or **personal property**, and if that ordinance or law affects the repair or replacement of the lost or damaged **building** or **personal property**, and if you: |

A.   repair or replace the **building** or **personal property** as soon as reasonably possible, the valuation will include:

    1.    a.    the replacement cost of the damaged and undamaged portions of the **building** or **personal property**; or

            b.    the actual cash value of the damaged and undamaged portions of the **building** or **personal property** (if the applicable Loss Payment Basis shown in the Declarations is Actual Cash Value);

    2.    the costs to demolish and clear the site of the undamaged portion of the **building** or **personal property**; and

    3.    the increased cost to repair or replace the **building** to the same general size at the same site or **personal property** for the same general use, to the minimum standards of such ordinance or law, except we will not include any costs:

        a.    for land, water or air, either inside or outside of a **building**;

        b.    for paved or concrete surfaces, retaining walls, foundations or supports below the surface of the lowest floor or basement, unless specifically covered by this policy, or **outdoor trees, shrubs, plants or lawns**;

        c.    incurred outside the legal property boundary of the premises shown in the Declarations;

        d.    if **building** or **personal property** is valued on an actual cash value basis; or

        e.    attributable to any ordinance or law that you were required to, but failed to, comply with before the loss; or

B.   do not repair or replace the **building** or **personal property**, the valuation will include:

    1.    the actual cash value of the damaged and undamaged portions of the **building** or **personal property**; and

    2.    the cost to demolish and clear the site of the undamaged portion of the **building** or **personal property**.

When direct physical loss or damage is caused by or results from both:

- a peril not otherwise excluded; and

## Loss Payment Basis

**Ordinance Or Law**
*(continued)*

• an excluded peril,

the valuation will not include the Ordinance Or Law costs attributable to the excluded peril. Instead, the valuation will be based on that portion of such costs equal to the proportion that the covered direct physical loss or damage bears to the total direct physical loss or damage, not including Ordinance Or Law costs, unless the Ordinance Or Law applies solely to that portion of the **building** or **personal property** which suffered the covered direct physical loss or damage.

This Loss Payment Basis does not apply to:

• any costs for undamaged **tenant's improvements and betterments** that are payable under the Leasehold Interest – Undamaged Tenant's Improvements and Betterments Premises Coverage;

• any increase in costs, loss or damage associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **fungus** or **pollutants**; or

• loss or damage caused by or resulting from fire which ensues from nuclear reaction or radiation, or radioactive contamination,

regardless of any other cause or event that directly or indirectly:

• contributes concurrently to; or

• contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Ordinance Or Law Loss Payment Basis does not apply to the Fungus Clean-up Or Removal Premises Coverage or Pollutant Clean-up Or Removal Premises Coverage.

If a maximum value for ordinance or law is shown in the Declarations, then, subject to the applicable Limits Of Insurance shown in the Declarations, such maximum value is the most we will consider under Ordinance Or Law.

**Construction Fees**

**Building** and **personal property** valuation includes necessary and incurred architectural, engineering, consulting, decorating and supervisory fees related to the construction and repair of the lost or damaged **building** and **personal property**.

**Brands And Labels**

**Personal property** valuation includes the cost of:

• replacing labels, capsules, wrappers or containers from lost or damaged **personal property**; or

• identifying and reconditioning lost or damaged **personal property**.

In the event of loss or damage to **stock**, you have two options when:

• you do not want to sell your lost or damaged **stock** under your brand or label; or

• the owner of any lost or damaged **stock** in your care, custody or control does not want to sell that lost or damaged **stock** under the owner's brand or label,

even though the lost or damaged **stock** has salvage value, you may:

• remove the brand or label and then relabel the lost or damaged **stock** to comply with the law; or

## Loss Payment Basis

**Brands And Labels**
(continued)

- label the lost or damaged **stock** as "salvage" but, in doing so, cause no further loss or damage to the **stock**.

In either case, the **personal property** valuation will include the difference between:

- the salvage value of the lost or damaged **stock** with the brand or label attached; and
- the salvage value of the lost or damaged **stock** with the brand or label removed.

**Extended Warranties**

**Personal property** or **building components** valuation includes the pro rata portion of the original cost based on the period of time remaining in your nonrefundable extended warranties, maintenance contracts or service contracts that you purchased and which are no longer valid on lost or damaged:

- **personal property**; or
- **building components** consisting of permanently installed, or intended to be permanently installed, machinery and equipment,

that you repair or replace.

## Loss Payment Basis Exceptions

**Accounts Receivable Records And Valuable Papers**

**Accounts receivable records** and **valuable papers**, are valued based on the cost of blank materials and the cost of copying from a duplicate source on the same type of materials.

**Deferred Payments**

When a total loss occurs, coverage for Deferred Payments is valued based on the amount shown on your books as due from the buyer.

When partial loss or damage occurs and the buyer refuses to continue payment, forcing you to repossess, coverage for Deferred Payments will be valued as follows:

If the realized value of the repossessed **personal property** is:

- greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; or
- less than the amount shown on your books as due from the buyer, we will pay the difference, less any amount that was past due by more than 30 days.

**Finished Stock And Sold Personal Property**

**Finished stock** and sold **personal property** completed and awaiting delivery are valued based on your selling price less the value of discounts and costs you would have incurred.

## Loss Payment Basis Exceptions
*(continued)*

### Gold, Gold Salts And Other Precious Metals

Gold, gold salts and other precious metals are valued based on the average market cost for replacement as published by the American Metals Market during the period of 10 business days immediately preceding the date of loss or damage, or the actual sum you pay for replacement, whichever is less.

### Nuclear Hazard

**Building, personal property, personal property of employees**, or **research and development property** which suffers direct physical loss or damage caused by or resulting from fire which ensues from nuclear reaction or radiation, or radioactive contamination, is valued on an actual cash value basis, subject to all other exceptions described under Loss Payment Basis Exceptions.

### Personal Property Of Others, Business Personal Property You Lease And Personal Property Of Employees

**Personal property of others**, business personal property you lease and **personal property of employees** are valued on the same basis as **personal property**, subject to all other exceptions described under Loss Payment Basis Exceptions, but we will not pay more than the amount for which you are contractually liable.

Labor, materials and services that you furnish or arrange on **personal property of others**, business personal property you lease and **personal property of employees** are valued based on the actual cost of the labor, materials and services.

### Research And Development Property

If lost or damaged **research and development property**:

- cannot be repaired, replaced, or reproduced; or
- is not replaced or reproduced,

no payment will be made under this insurance.

### Research And Development Property Of Others

**Research and development property** not owned by you is valued on the same basis as your **research and development property**, subject to all other exceptions described under Loss Payment Basis Exceptions, but we will not pay more than the amount for which you are contractually liable.

### Stock In Process

**Stock in process** is valued based on the cost of raw materials and costs expended as of the date of loss or damage.

### Undamaged Tenant's Improvements And Betterments

Undamaged **tenant's improvements and betterments** are valued based on:

- the cost to replace undamaged **tenant's improvements and betterments** at the time of loss or damage at another site if you commence replacement within 24 months following the termination of your lease; or
- the **unamortized** portion of their original cost to you if you do not replace undamaged **tenant's improvements and betterments**.

*Loss Payment Limitations*

*Electronic Data*

We will not pay for any loss or damage to **electronic data**, unless such loss or damage is caused by or results from:

- aircraft;
- explosion;
- falling objects;
- fire;
- freezing;
- leakage from fire protection equipment;
- lightning;
- riot or civil commotion;
- **sinkhole collapse**;
- smoke;
- vehicles;
- weight of snow; or
- windstorm or hail.

*Loss Of Market*

We will not pay for any loss or damage that results from loss of market, loss of use or delay.

*Prototypes*

When production of a new product begins, coverage under this contract ceases for:

- the **prototype** of that product; and
- the research project directly associated with the new product.

*Tenant's Improvements And Betterments*

We will not pay for that part of any lost or damaged **tenant's improvements and betterments** which is paid by others.

*Suspension, Lapse Or Cancellation Of Any License*

Leasehold Interest insurance does not apply to loss caused by or resulting from the suspension, lapse or cancellation of any license.

## Conditions (Including Coverage Territory)

The conditions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy. Any additional conditions are shown in the Additional Conditions section of this contract.

## Additional Condition

### Building Or Personal Property Coinsurance

Coinsurance applies to **building** or **personal property** only when a coinsurance percentage under Building or Personal Property is shown in the Declarations.

Coinsurance does not apply to:

- **personal property** or **building components** while **in transit**;
- **building** or **personal property** at any premises not shown in the Declarations; or
- any covered loss of $100,000 or less.

If coinsurance applies, our maximum loss payment will be determined as follows:

A. determine the value of the covered **building** or **personal property** at the time of loss or damage in accordance with the applicable Loss Payment Basis as provided under Loss Payment Basis;

B. multiply the value determined in step A. by the applicable coinsurance percentage shown in the Declarations;

C. divide the applicable Limit Of Insurance for Building or Personal Property shown in the Declarations by the amount determined in step B.;

D. multiply the total amount of the covered loss or damage, before the application of any deductible, by the percentage determined in step C.; and

E. subtract the deductible from the amount determined in step D.

The amount determined in step E. is the most we will pay for loss or damage, not to exceed the applicable Limit Of Insurance for Building or Personal Property shown in the Declarations.

If coinsurance applies and the **building** or **personal property** is valued on a replacement cost basis and if you do not repair or replace the **building** or **personal property**, we will pay you the lesser of:

- the actual cash value of the lost or damaged **building** or **personal property**; or
- the replacement cost of the lost or damaged **building** or **personal property** after application of coinsurance.

If you commence the repair or replacement of the lost or damaged **building** or **personal property** within 24 months from the date of the loss or damage, and if the payment made above was on an actual cash value basis, then we will pay the difference between the previous payment and the lesser of the replacement cost of the lost or damaged **building** or **personal property** at the time of:

- loss or damage; or
- actual replacement,

after the application of coinsurance.

## Additional Condition

### Building Or Personal Property Coinsurance
*(continued)*

Coinsurance will apply to the total values of all **building** and **personal property** if one Limit Of Insurance for Building or Personal Property applies to:

- more than one **building**;
- **personal property** at more than one premises; or
- **buildings** and **personal property** at one or more premises.

If **personal property** is insured with a separate Limit Of Insurance for **personal property** at each premises, you may elect to have coinsurance applied in either of the following ways at the time of loss or damage:

- at the premises where the loss occurred; or
- based on the total value of all **personal property** at all premises where a Limit Of Insurance for Personal Property is shown in the Declarations.

If the application of coinsurance results in a penalty to you, at the time of loss adjustment, you may change the Loss Payment Basis from a replacement cost basis to an actual cash value basis, if such action will increase your loss payment and reduce the coinsurance penalty.

## Definitions

The definitions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy.

# Property Insurance

## Business Income With Extra Expense

## Table Of Contents

**Section**                                            **Page No.**

Premises Coverages                                          3

Additional Coverages                                        5

Limits Of Insurance                                        10

Waiting Period                                             10

Loss Determination                                         11

Loss Payment Option                                        12

Loss Payment Limitations                                   12

Conditions (Including Coverage Territory)                  13

Additional Condition                                       14

Definitions                                                15

P
R
O
P
E
R
T
Y

C
O
N
T
R
A
C
T

B
U
S
I
N
E
S
S

I
N
C
O
M
E

W
I
T
H

E
X
T
R
A

E
X
P
E
N
S
E

*THIS PAGE INTENTIONALLY LEFT BLANKE*

# Business Income With Extra Expense

## Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the Property/Business Income Conditions And Definitions form included in this policy.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance.

### Premises Coverages

The following Premises Coverages apply only at those premises for which a Limit Of Insurance applicable to such coverages is shown in the Declarations.

Except as otherwise provided, direct physical loss or damage must:

- be caused by or result from a **covered peril**; and

- occur at, or within 1,000 feet of, the premises, other than a **dependent business premises**, shown in the Declarations.

### Business Income And Extra Expense

We will pay for the actual:

- **business income** loss you incur due to the actual impairment of your **operations**; and

- **extra expense** you incur due to the actual or potential impairment of your **operations**,

during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Business Income With Extra Expense shown in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property**, unless otherwise stated.

This Premises Coverage applies only at those premises:

- where you incur a **business income** loss or **extra expense**; and

- for which a Limit Of Insurance for Business Income With Extra Expense is shown in the Declarations.

### Contractual Penalties

We will pay for the contractual penalties you are legally liable to pay under the written provisions of a contract due to a material breach of that contract, not to exceed the applicable Limit Of Insurance for Contractual Penalties shown under Business Income in the Declarations.

This material breach of contract must be the direct result of direct physical loss or damage by a **covered peril** to **property**.

### Fungus Clean-up Or Removal

We will pay for the actual:

- **business income** loss; and

- **extra expense**,

you incur due to the actual impairment of your **operations** during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Business Income With Extra Expense shown in the Declarations.

This actual impairment of **operations** must be caused by or result from the presence of **fungus** at your premises shown in the Declarations.

## Premises Coverages

**Fungus Clean-up Or Removal**
*(continued)*

Coverage will begin immediately after the date the **fungus** first appeared and will end:

- 45 consecutive days after this coverage begins; or

- when your **business income** coverage ends,

whichever occurs first.

This Premises Coverage does not apply if the presence of **fungus**:

A.    is caused by or results from:

     1.    a peril that is not a **covered peril**; or

     2.    moisture, other than **water** or **flood**, if **flood** would be covered under this **insurance**;

B.    existed prior to the effective date shown in the Declarations;

C.    is not reported to us in writing as soon as possible after **you** first become aware, or in the exercise of reasonable care should have been aware, of the presence of **fungus**; or

D.    is at **premises** shown under Excluded Premises in the Declarations.

**Ingress And Egress**

We will pay for the actual:

- **business income** loss you incur due to the actual impairment of your **operations**; and

- **extra expense** you incur due to the actual or potential impairment of your **operations**,

when existing ingress to or egress from a **premises** shown in the Declarations is prevented due to direct physical loss or damage by a **covered peril** to property at a location contiguous to such **premises**.

This Premises Coverage will begin at the time of direct physical loss or damage and will continue until the expiration of thirty (30) consecutive days thereafter or whenever your **business income** coverage ends, whichever occurs first.

This Premises Coverage does not apply if the:

- direct physical loss or damage is caused by or results from earthquake or **flood**; or

- ingress to or egress from your **premises** is prohibited by civil authority.

The most we will pay for this Premises Coverage is the Limit Of Insurance for Ingress And Egress shown under Business Income in the Declarations.

**New Product Delay**

We will pay for the actual **business income** loss you incur and discover after lost or damaged **property** directly related to your **research and development operations** is repaired or replaced and your **research and development operations** are restored, with reasonable speed to the condition that would have existed if no direct physical loss or damage occurred.

Such payment will be made:

- only if you discover the **business income** loss within 24 months after the date of the direct physical loss or damage;

- only after the new product or the enhanced product is made available in the market-place; and

CHUBB®

## Premises Coverages

*New Product Delay*
*(continued)*

- for the period equal to the **length** of **time** it originally took to restore such lost or damaged **property** with reasonable speed.

If a competitor introduces a similar product prior to the date you scheduled the introduction of your new or enhanced product, we will reduce the amount of such actual **business income** loss to the extent attributable to the competitor's product.

The **business income** loss must be caused by or result from direct physical loss or damage by a **covered peril** to **property**, and must result in a delay in the introduction of any new product or the enhancement of any existing product.

The most we will pay for New Product Delay is the applicable Limit Of Insurance for Business Income With Extra Expense shown in the Declarations.

## Additional Coverages

The following Additional Coverages apply within the coverage territory.

*Any Other Location*

We will pay for the actual:

- **business income** loss you incur due to the actual impairment of your **operations**; and
- **extra expense** you incur due to the actual or potential impairment of your **operations**,

during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Business Income shown under Any Other Location in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** at unspecified premises.

This Additional Coverage does not apply to **business income** loss or **extra expense** you incur caused by or resulting from loss or damage to property:

- used by utility companies to supply you with services;
- used by **on-line access** providers;
- at a **dependent business premises**;
- at a newly acquired premises;
- at any exhibition, fair or trade show; or
- **in transit**.

This Additional Coverage applies only if a Limit Of Insurance for Business Income is shown under Any Other Location in the Declarations.

*Civil Authority*

We will pay for the actual:

- **business income** loss; or
- **extra expense**,

you incur due to the actual impairment of your **operations**, directly caused by the prohibition of access to:

- your premises; or

## Additional Coverages

**Civil Authority**
*(continued)*

- a **dependent business premises**,

by a civil authority.

This prohibition of access by a civil authority must be the direct result of direct physical loss or damage to property away from such premises or such **dependent business premises** by a **covered peril**, provided such property is within:

- one **mile**; or

- the applicable **miles** shown in the Declarations,

from such premises or **dependent business premises**, whichever is greater.

The most we will pay for Civil Authority is the applicable Limit Of Insurance for Business Income With Extra Expense shown in the Declarations.

The coverage for:

A. **business income** will begin:

   1. after the applicable waiting period shown in the Declarations for Business Income expires; or

   2. 24 normal business hours following the time the civil authority prohibits access,

   whichever is the longer.

The Waiting Period shown in the Declarations will begin immediately following the time the civil authority prohibits access.

The coverage will apply for a period of:

- up to 30 consecutive days after coverage begins; or

- when your **business income** loss ends,

whichever occurs first; and

B. **extra expense** will begin immediately after the time the civil authority prohibits access and will end:

   1. 30 consecutive days after the coverage begins; or

   2. whenever your **business income** coverage ends,

   whichever is later.

This Additional Coverage does not apply if the direct physical loss or damage is caused by or results from earthquake or **flood**.

**Dependent Business Premises**

We will pay for the actual:

- **business income** loss you incur due to the actual impairment of your **operations**; and

- **extra expense** you incur due to the actual or potential impairment of your **operations**,

during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Dependent Business Premises shown under Business Income in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** or **personal property of a dependent business premises** at a **dependent business premises**.

## Additional Coverages

**Dependent Business Premises** *(continued)*

You may purchase higher limits for specific **dependent business premises** only by showing such premises in the Declarations. Such higher limits apply to actual **business income** loss or **extra expense** only if the covered direct physical loss or damage occurs at such **dependent business premises**.

This Additional Coverage does not apply if the direct physical loss or damage is caused by or results from earthquake or **flood**.

**Exhibition, Fair Or Trade Show**

We will pay for the actual:

- **business income** loss you incur due to the actual impairment of your **operations**; and

- **extra expense** you incur due to the actual or potential impairment of your **operations**,

during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Business Income shown under Exhibition, Fair Or Trade Show in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **personal property, electronic data processing property** or **fine arts** at, or while **in transit** to or from, any exhibition, fair or trade show.

This Additional Coverage applies only if a Limit Of Insurance for Business Income is shown under Exhibition, Fair Or Trade Show in the Declarations.

**International Air Shipments**

We will pay for the actual:

- **business income** loss you incur due to the actual impairment of your **operations**; and

- **extra expense** you incur due to the actual or potential impairment of your **operations**,

during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Business Income shown under International Air Shipments in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **personal property, electronic data processing property, fine arts** or **valuable papers** being shipped by air to or from:

- the contiguous United States of America;

- Canada;

- the State of Alaska;

- the State of Hawaii;

- Puerto Rico; or

- territories or possessions of the United States of America or Canada,

and points worldwide. This Additional Coverage applies from the delivery of such property at the point of origin shown in the air waybill until it is discharged at the destination shown in the air waybill.

This Additional Coverage does not apply to any **business income** loss or **extra expense**:

- caused by or resulting from loss or damage to any property while being shipped by air to or from any exhibition, fair or trade show;

## Additional Coverages

### International Air Shipments
*(continued)*

- caused by or resulting from loss or damage to **shipments** by **mail**;
- if you have **purchased** separate ocean **marine** insurance that covers any property while being shipped by **air**;
- if you are required to provide a negotiable special cargo policy of insurance to any **seller,** buyer or bank; or
- payable under the In Transit Additional Coverage.

This Additional Coverage applies only if a Limit Of Insurance for Business Income is shown under International Air Shipments in the Declarations.

### In Transit

We will pay for the actual:

- **business income** loss you incur due to the actual **impairment** of your **operations**; and
- **extra expense** you incur due to the actual or potential **impairment** of your **operations**,

during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Business Income shown under In Transit in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **personal property, electronic data processing property, fine arts** or **valuable papers** while **in transit**.

This Additional Coverage does not apply to any **business income** loss or **extra expense**:

- caused by or resulting from **loss** or damage to any property while **in transit** to or from any exhibition, fair or trade show;
- when you are acting as a carrier for hire;
- if you have purchased separate ocean **marine** insurance which covers any property while **in transit**;
- caused by or resulting from loss or damage to **shipments** by **mail**, unless registered; or
- payable under the International Air Shipments Additional Coverage.

This Additional Coverage applies only if a Limit Of Insurance for Business Income is shown under In Transit in the Declarations.

### Loss Of Utilities

We will pay for the actual:

- **business income** loss you incur due to the actual **impairment** of your **operations**; and
- **extra expense** you incur due to the actual or potential **impairment** of your **operations**,

during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Loss Of Utilities shown under Business Income in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to:

- **building**;
- **personal property of a utility** located either inside or outside of a **building**; or
- **service property,**

## Additional Coverages

**Loss Of Utilities**
**(continued)**

excluding **overhead communication, transmission or distribution equipment,** necessary to supply your premises with:

- water supply;
- communication supply;
- power supply;
- natural gas supply;
- sewage treatment; or
- **on-line access,**

services.

We will pay such loss provided that the disruption of services:

- is not due to your failure to comply with the terms and conditions of any contract; and
- has been reported to the service provider.

We will not pay for the actual **business income** loss you incur until the:

- applicable waiting period shown in the Declarations for Business Income expires;
- applicable waiting period shown in the Declarations for Loss Of Utilities expires; or
- first 24 normal business hours following the direct physical loss or damage expires,

whichever is the longer.

This Additional Coverage does not apply if the direct physical loss or damage is caused by or results from earthquake or **flood.**

**Newly Acquired**
**Premises**

We will pay for the actual:

- **business income** loss you incur due to the actual impairment of your **operations**; and
- **extra expense** you incur due to the actual or potential impairment of your **operations**,

during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Business Income shown in the Declarations under Newly Acquired Premises.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** at each newly acquired premises. This Additional Coverage applies until the first of the following occurs:

- you notify us of how you want Business Income With Extra Expense to apply to the newly acquired premises and we add such premises to this policy;
- 180 days pass from the date you acquire the premises; or
- this policy expires.

We will charge you additional premium from the date you acquire the premises, if we add such premises to this policy.

## Additional Coverages
*(continued)*

### Pollutant Clean-up Or Removal

We will pay for the actual **business income** loss you incur due to the actual impairment of your **operations** during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Pollutant Clean-up Or Removal shown under Business Income in the Declarations.

This actual impairment of **operations** must be caused by or result from the enforcement of any ordinance or law that requires you to clean up or remove **pollutants** from land, water or air, either inside or outside of a **building**, as a result of direct physical loss or damage by a **covered peril** to **property** at the premises shown in the Declarations.

### Preparation Of Loss Fees

We will pay the reasonable and necessary expenses and fees incurred following covered loss or damage to certify your **business income** loss or **extra expense**, not to exceed the applicable Limit Of Insurance for Preparation Of Loss Fees shown under Business Income in the Declarations.

This Additional Coverage does not apply to any expenses you incur for any:

- insurance adjuster, consultant or attorney; or
- of your subsidiaries or affiliates.

## Limits Of Insurance

The most we will pay in any **occurrence** is the amount of loss, not to exceed the applicable Limit Of Insurance shown in the Declarations.

### Automatic Increase In Limits

The Limits Of Insurance for Business Income With Extra Expense will automatically increase by the annual percentage shown in the Declarations under Automatic Increase In Limits. At the time of loss or damage, the amount of increase will be determined by multiplying the applicable Limit Of Insurance shown in the Declarations by the percentage of the annual increase, applied on a pro rata basis.

This Automatic Increase In Limits:

- applies only to a premises shown in the Declarations for which the Automatic Increase in Limits is shown; and
- does not apply to any Limit Of Insurance applicable to more than one premises.

## Waiting Period

Subject to the applicable Limit Of Insurance, we will pay the amount of **business income** loss that is incurred after the waiting period shown in the Declarations for each **occurrence**.

If a waiting period is shown in the Declarations, the waiting period begins immediately following the time of the covered direct physical loss or damage.

If two or more Business Income waiting periods apply to the same **occurrence**, only the largest single waiting period will apply, unless otherwise stated.

Hours shown for the waiting period are the normal business hours.

The waiting period does not apply to **extra expense**.

CHUBB®

## Business Income With Extra Expense

**Loss Determination**

In making any loss determination under this coverage, we may utilize relevant sources of information, including:

- your financial records and accounting procedures;
- bills, invoices and other vouchers;
- deeds, liens and contracts;
- status and feasibility reports; and
- budgeting and marketing records.

**Business Income**

The amount of **business income** loss will be determined based on the:

- net income of your business before the direct physical loss or damage occurred;
- the likely net income of your business if no loss or damage occurred, but not including any **business income** that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the covered loss on customers or on other businesses; and
- your continuing operating expenses, including your continuing normal payroll expenses, necessary to resume **operations** with the same quality of service that existed just before the direct physical loss or damage.

**Extra Expense**

The amount of **extra expense** loss will be determined based on necessary expenses that:

- exceed your normal operating expenses that would have been incurred by **operations** during the **period of restoration**, if no physical loss or damage had occurred; and
- reduce the **business income** loss that otherwise would have been incurred.

We will deduct from the total of such expenses:

- the salvage value that remains on any property bought for temporary use during the **period of restoration**, once **operations** are resumed; and
- any **extra expense** that is paid for by other insurance.

**Resumption Or Continuance Of Operations**

We will reduce the amount of any **business income** loss payment to the extent you can resume or continue your **operations**, in whole or in part, by using:

- damaged or undamaged property, including **merchandise** or **stock**; or
- any other available premises.

If you elect not to resume or continue **operations**:

- any loss determination for **business income** will be based on the length of time it would have taken to resume or continue **operations** with reasonable speed; and
- we will not make any payment for **extra expense**.

## Loss Payment Option

The following Loss Payment Option applies when a Monthly Limit of Indemnity under Business Income is shown in the Declarations:

### Monthly Limit Of Indemnity

The most we will pay for the actual **business income** loss incurred in each period of 30 consecutive days after the beginning of the **period of restoration** will be determined by multiplying the Limit Of Insurance for Business Income With Extra Expense by the Monthly Limit Of Indemnity shown in the Declarations.

If all of the amount determined by this calculation is not used in the 30 day period, the unused portion may be applied to any subsequent 30 day periods.

This Monthly Limit Of Indemnity applies only for **business income** loss, not **extra expense**.

## Loss Payment Limitations

### Debris Removal

We will not pay for any **extra expense** you incur for the demolition or removal of debris, but we will pay for such **extra expense** you incur to the extent it reduces the amount of a covered **business income** loss that otherwise would have been payable under this contract.

### Increase Of Loss Due To Death Or Injury

We will not pay for any **business income** loss or **extra expense** caused by or resulting from any injury, sickness, disease, death, emotional injury, emotional distress or humiliation of any person.

### Increase Of Loss Due To Strikers Or Others Causing A Delay

We will not pay for any increase of loss caused by or resulting from delay in repairing or replacing property or resuming your **operations**, due to interference at the location of the repair, replacement or **operations** by strikers or other persons.

### Loss Or Damage To Electronic Data

We will not pay for any **business income** loss or **extra expense** you incur caused by or resulting from direct physical loss or damage to **electronic data**, unless such direct physical loss or damage is caused by or results from:

- aircraft;
- explosion;
- earthquake, (except California) to the extent covered under the Electronic Data Processing Property contract which is part of this policy;
- falling objects;
- fire;
- **flood**, to the extent covered under the Electronic Data Processing Property contract which is part of this policy;
- freezing;
- leakage from fire protection equipment;
- lightning;
- riot or civil commotion;
- **sinkhole collapse;**
- smoke;

## *Business Income With Extra Expense*

### *Loss Payment Limitations*

*Loss Or Damage To Electronic Data*
*(continued)*

- vehicles;
- weight of snow; or
- windstorm or hail.

*Loss Or Damage To Finished Stock*

We will not pay for that part of any **business income** loss to **finished stock**.

*Loss Or Damage To Property Used To Provide Utility Services*

Except as provided for in the Loss of Utilities Additional Coverage, we will not pay for any **business income** loss or **extra expense** caused by or resulting from loss or damage to:

- **building**;
- **personal property of a utility** located either inside or outside of a **building**; or
- **service property,**

used by you or a utility to provide you with utility services.

*Loss Or Damage To Water*

We will not pay for any **business income** loss or **extra expense** you incur for loss or damage to water.

*Nuclear Hazard*

We will not pay for any **business income** loss or **extra expense** you incur for loss or damage to **building** or **personal property** caused by or resulting from fire which ensues from nuclear reaction or radiation, or radioactive contamination.

*Pollutant Clean-up Or Removal*

We will not pay for any **extra expense** you incur for:

- clean up or removal of **pollutants** from land, water or air, either inside or outside of a **building**; or
- testing for, monitoring, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of **pollutants**,

but we will pay for such **extra expense** you incur to the extent it reduces the amount of a covered **business income** loss that otherwise would have been payable under this contract.

*Conditions (Including Coverage Territory)*

The conditions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy. Any additional conditions are shown in the Additional Condition section of this contract.

## Additional Condition

**Business Income Coinsurance**

Coinsurance applies to **business income** only when a coinsurance percentage under Business Income With Extra Expense is shown in the Declarations.

Coinsurance does not apply to:

A. **extra expense**;

B. any covered loss of $100,000 or **less**;

C. Contractual Penalties;

D. Ingress And Egress;

E. New Product Delay; and

F. the following Additional Coverages:

    1. Any Other Location;

    2. Dependent Business Premises when a Limit Of Insurance for a specific Dependent Business Premises has not been purchased;

    3. Exhibition, Fair Or Trade Show;

    4. International Air Shipments;

    5. In Transit;

    6. Loss Of Utilities;

    7. Newly Acquired Premises;

    8. Pollutant Clean-up Or Removal; and

    9. Preparation Of Loss Fees.

We will not **pay the full amount** of any **business income** loss if the applicable Limit Of Insurance for Business Income With Extra Expense shown in the Declarations is less than:

A. the applicable coinsurance percentage under Business Income With Extra Expense shown in the Declarations multiplied by:

B. the sum of:

    1. net income (net profit or loss before income taxes); and

    2. operating expenses, including payroll expenses,

    that would have been earned or incurred (had no loss occurred) by you in your **operations** for the 12 months following the effective date, or last previous anniversary date, of this policy (whichever is later).

Instead, our maximum **business income** loss payment will be determined as follows:

A. multiply the net income and operating expenses that would have been earned or incurred (had no loss occurred) by you in your **operations** for the 12 months following the effective date, or last previous anniversary date, of this policy by the applicable coinsurance percentage under Business Income With Extra Expense in the Declarations;

B. divide the applicable Limit Of Insurance for Business Income With Extra Expense by the figure determined in step A;

C. multiply the total amount of the covered loss by the figure determined in step B; and

D. subtract the applicable waiting period, if any, from the amount determined by step C.

## Additional Condition

**Business Income
Coinsurance**
*(continued)*

The amount determined in step D. is the most we will pay, not to exceed the applicable Limit Of Insurance for Business Income With Extra Expense shown in the Declarations.

In determining operating expenses for the purpose of applying coinsurance, the following expenses, if incurred, shall be deducted from the total of all operating expenses:

- prepaid freight - outgoing;
- returns and allowances;
- discounts;
- bad debts;
- collection expenses;
- cost of raw stock and factory supplies consumed (including transportation charges);
- cost of merchandise sold (including transportation charges);
- cost of other supplies consumed (including transportation charges);
- cost of services purchased from outsiders (not employees) that do not continue under contract;
- power, heat and refrigeration expenses that do not continue under contract if endorsement form 80-02-1337 is attached; and
- all ordinary payroll expense or the amount of payroll expense excluded if endorsement form 80-02-1341 is attached.

## Definitions

The definitions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy.

*Property Insurance*

*Electronic Data Processing Property*

*Table Of Contents*

| *Section* | *Page No.* |
|---|---|
| *Premises Coverages* | *3* |
| *Additional Coverages* | *4* |
| *Debris Removal Coverage* | *8* |
| *Policy Exclusions* | *9* |
| *Limits Of Insurance* | *13* |
| *Deductible* | *13* |
| *Loss Payment Basis* | *13* |
| *Loss Payment Basis Exceptions* | *15* |
| *Loss Payment Limitations* | *16* |
| *Conditions (Including Coverage Territory)* | *16* |
| *Definitions* | *16* |

P R O P E R T Y

C O N T R A C T

E L E C T R O N I C D A T A P R O C E S S I N G P R O P E R T Y

*THIS PAGE INTENTIONALLY LEFT BLANK*

CHUBB®

Words and phrases that appear in **bold** print have special meanings and are defined in the Property/Business Income Conditions And Definitions form included in this policy.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance.

## Premises Coverages

The following Premises Coverages apply only at those premises for which a Limit Of Insurance applicable to such coverages is shown in the Declarations.

Except as otherwise provided, the loss or damage must:

• be caused by or result from a **technology peril**; and

• occur at, or within 1,000 feet of, the premises shown in the Declarations.

### Electronic Data Processing Property

We will pay for direct physical loss or damage to **electronic data processing property** caused by or resulting from a **technology peril**, not to exceed the applicable Limit Of Insurance for Electronic Data Processing Property shown in the Declarations.

If you purchase additional, separate Limits Of Insurance for:

• **electronic data processing equipment**;

• **electronic data**;

• **mobile communication property**; or

• **communication property**;

then the applicable Limit Of Insurance for:

• Electronic Data Processing Equipment;

• Electronic Data;

• Mobile Communication Property; or

• Communication Property,

shown in the Declarations will apply.

### Public Safety Service Charges

We will pay the charges you:

• assume under any contract or agreement; or

• are required to pay by local ordinance,

in effect at the time of the direct physical loss or damage, if a fire department or other municipal agency charged with preserving public safety is called to save or protect **electronic data processing property** from direct physical loss or damage caused by or resulting from a **technology peril**, not to exceed the applicable Limit Of Insurance for Public Safety Service Charges shown in the Declarations.

## Premises Coverages
*(continued)*

*Removal*

We will pay for direct physical loss or damage to **electronic data processing property** while:

- being moved to another location or returned from such location to its original location; or
- temporarily stored at another location,

if you must move the **electronic data processing property** from such location to preserve it from imminent loss or damage caused by or resulting from a **technology peril**, not to exceed the applicable Limit Of Insurance for:

- Electronic Data Processing Equipment;
- Electronic Data;
- Communication Property; or
- Electronic Data Processing Property,

shown in the Declarations.

## Additional Coverages

The following Additional Coverages apply within the coverage territory.

*Any Other Location*

We will pay for direct physical loss or damage caused by or resulting from a **technology peril** to:

- **electronic data processing equipment**;
- **electronic data**; or
- **communication property**,

at unspecified premises, not to exceed the applicable Limit Of Insurance for Electronic Data Processing Property shown under Any Other Location in the Declarations.

If you purchase additional, separate Limits Of Insurance for:

- **electronic data processing equipment**;
- **electronic data**; or
- **communication property**,

then the applicable Limit Of Insurance for:

- Electronic Data Processing Equipment;
- Electronic Data; or
- Communication Property,

shown under Any Other Location in the Declarations will apply.

This Additional Coverage does not apply to **electronic data processing property**:

- while at any exhibition, fair or trade show;
- at any newly acquired premises; or
- while **in transit**.

## Electronic Data Processing Property

### Additional Coverages

**Any Other Location**
**(continued)**

This Additional Coverage applies only if an applicable Limit Of Insurance for Electronic Data Processing Property is shown under Any Other Location in the Declarations.

**Exhibition, Fair Or Trade Show**

We will pay for direct physical loss or damage to:

- **electronic data processing equipment**; or
- **electronic data**,

caused by or resulting from a **technology peril** while:

- **in transit** to or from any exhibition, fair or trade show; or
- at any exhibition, fair or trade show,

not to exceed the applicable Limit Of Insurance for Electronic Data Processing Property shown under Exhibition, Fair Or Trade Show in the Declarations.

If you purchase additional, separate Limits Of Insurance for:

- **electronic data processing equipment**; or
- **electronic data**,

then the applicable Limit Of Insurance for:

- Electronic Data Processing Equipment; or
- Electronic Data,

shown under Exhibition, Fair Or Trade Show in the Declarations will apply.

This Additional Coverage applies only if an applicable Limit Of Insurance for Electronic Data Processing Property is shown under Exhibition, Fair Or Trade show in the Declarations.

**Fire Protection Equipment**

We will pay the cost you incur to refill your discharged fire protection equipment whether or not there is direct physical loss or damage to your **electronic data processing property**.

This Additional Coverage is provided regardless of whether a Limit Of Insurance is shown in the Declarations.

**In Transit**

We will pay for direct physical loss or damage to:

- **electronic data processing equipment**; or
- **electronic data**,

while **in transit** caused by or resulting from a **technology peril**, not to exceed the applicable Limit Of Insurance for Electronic Data Processing Property shown under In Transit in the Declarations.

If you purchase additional, separate Limits Of Insurance for:

- **electronic data processing equipment**; or
- **electronic data**,

then the applicable Limit Of Insurance for:

- Electronic Data Processing Equipment; or

## Additional Coverages

*In Transit*
*(continued)*

- Electronic Data,

shown under In Transit in the Declarations will apply.

This Additional Coverage does not apply:

- to **electronic data processing property** while **in transit** to or from any exhibition, fair or trade show;
- when you are acting as a carrier for hire;
- if you have purchased separate ocean marine insurance which covers **electronic data processing property** while **in transit**; or
- to shipments by mail, unless registered.

This Additional Coverage applies only if an applicable Limit Of Insurance for Electronic Data Processing Property is shown under In Transit in the Declarations.

*International Air Shipments*

We will pay for direct physical loss or damage to:

- **electronic data processing equipment**; or
- **electronic data**,

caused by or resulting from a **technology peril** while being shipped by air to or from:

- the contiguous United States of America;
- Canada;
- the State of Alaska;
- the State of Hawaii;
- Puerto Rico; or
- territories or possessions of the United States of America or Canada,

and points worldwide, not to exceed the applicable Limit Of Insurance for Electronic Data Processing Property shown under International Air Shipments in the Declarations.

If you purchase additional, separate Limits of Insurance for:

- **electronic data processing equipment**; or
- **electronic data**,

then the applicable Limit Of Insurance for:

- Electronic Data Processing Equipment; or
- Electronic Data,

shown under International Air Shipments in the Declarations will apply.

This Additioanl Coverage applies from the delivery of **electronic data processing equipment** or **electronic data** at the point of origin shown in the air waybill until it is discharged at the destination shown in the air waybill.

This Additional Coverage does not apply:

- to **electronic data processing property** while being shipped to or from any exhibition, fair or trade show;

CHUBB®

## Additional Coverages

### International Air Shipments
*(continued)*

- to **electronic data processing property** being shipped by mail;
- if you have purchased separate ocean marine insurance which covers **electronic data processing property** while being shipped by air;
- if you are required to provide a negotiable special cargo policy of insurance to any seller, buyer or bank; or
- to any loss or damage to **electronic data processing property** payable under the Additional Coverage for In Transit.

This Additional Coverage applies only if an applicable Limit Of Insurance for Electronic Data Processing Property is shown under International Air Shipments in the Declarations.

### Mobile Communication Property

We will pay for direct physical loss or damage to **mobile communication property** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Mobile Communication Property shown in the Declarations.

This Additional Coverage does not apply to **mobile communication property** at, or within 1,000 feet of, the premises shown in the Declarations.

### Newly Acquired Electronic Data At Newly Acquired Premises

We will pay for direct physical loss or damage to **electronic data** at newly acquired premises caused by or resulting from a **technology peril**, not to exceed the Limit Of Insurance for Electronic Data shown in the Declarations under Newly Acquired Premises or Newly Acquired or Constructed Property.

This Additional Coverage applies until the first of the following occurs:

- you report the value of the **electronic data** at the newly acquired premises to us and we add such **electronic data** to this policy;
- 180 days pass from the date you acquire the premises; or
- this policy expires.

We will charge you additional premium for the reported values from the date you acquire the premises, if we add such **electronic data** to this policy.

### Newly Acquired Electronic Data Processing Equipment And Communications Property

We will pay for direct physical loss or damage to newly acquired:

- **electronic data processing equipment**; or
- **communication property**,

at:

- the premises shown in the Declarations; or
- newly acquired premises,

caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Electronic Data Processing Equipment or Communication Property shown in the:

- Supplementary Declarations under Newly Acquired Premises or Newly Acquired Or Constructed Property; or

## Additional Coverages

### Newly Acquired Electronic Data Processing Equipment And Communications Property
*(continued)*

- Declarations under Newly Acquired.

This Additional Coverage applies until the first of the following occurs:

- you report the value of the newly acquired **electronic data processing equipment** or **communication property** to us and we add such **electronic data processing equipment** or **communication property** to this policy;

- 180 days pass from the date you acquire the **electronic data processing equipment** or **communication property**; or

this policy expires.

We will charge you additional premium for the reported values from the date you acquire the **electronic data processing equipment** or **communication property**, if we add such **electronic data processing equipment** or **communication property** to this policy.

### Preparation Of Loss Fees

We will pay the reasonable and necessary expenses we require you to incur after covered direct physical loss or damage to **electronic data processing property** to determine the extent of such loss or damage, not to exceed the applicable Limit Of Insurance for Preparation Of Loss Fees shown in the Declarations.

This Additional Coverage does not apply to any expenses you incur for any:

- insurance adjuster, consultant or attorney; or
- of your subsidiaries or affiliates.

## Debris Removal Coverage

The following Debris Removal Coverage applies.

### Debris Removal

We will pay for the costs you incur to remove debris of damaged **electronic data processing equipment** or **communication property** caused by or resulting from a peril not otherwise excluded that occurs during the policy period.

Debris removal will be paid only if reported to us in writing within 180 days of the date of the direct physical loss or damage to the **electronic data processing equipment** or **communication property**.

Debris removal does not apply to costs to:

- clean up or remove **pollutants** from land, water or air;
- clean up, remove, restore, or replace property because of the presence of **fungus**; or
- clean up, remove, restore or replace polluted land, water or air,

either inside or outside of a building.

This Debris Removal Additional Coverage is provided regardless of whether a Limit Of Insurance for Debris Removal is shown in the Declarations.

### Policy Exclusions

The following Policy Exclusions apply to all the coverages in this contract:

### Acts Or Decisions

This insurance does not apply to loss or damage caused by or resulting from acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

This Acts Or Decisions exclusion does not apply to ensuing loss or damage caused by or resulting from a **technology peril**.

### Business Errors

This insurance does not apply to loss or damage to **electronic data processing property** caused by or resulting from errors in the:

- altering;
- calibrating;
- constructing;
- developing;
- distributing;
- installing;
- manufacturing;
- maintaining;
- processing;
- repairing;
- researching; or
- testing,

of that **electronic data processing property**.

This Business Errors exclusion does not apply to:

- loss or damage that results to other covered property; or
- ensuing loss or damage caused by or resulting from a **technology peril**.

### Fungus

This insurance does not apply to loss or damage:

- which is **fungus**;
- which is in anyway attributed to the presence of **fungus**; or
- caused by or resulting from **fungus**,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such cause or event would otherwise be covered.

## Policy Exclusions

*Fungus*
*(continued)*

This Fungus exclusion does not apply when the presence of **fungus** results from:

- explosion;
- fire;
- leakage from fire protection equipment; or
- lightning.

*Dishonesty*

This insurance does not apply to loss or damage caused by or resulting from fraudulent, dishonest or criminal acts or omissions committed alone or in collusion with others by you, your partners, members, officers, managers, directors, trustees, employees, anyone performing acts coming within the scope of the usual duties of your employees, or by anyone authorized to act for you, or anyone to whom you have entrusted covered property for any purpose.

This Dishonesty exclusion does not apply to:

A.  acts of vandalism;

B.  acts committed by carriers or warehousemen for hire or anyone claiming to be a carrier or warehouseman for hire, other than:

  1.  you, your partners, directors, trustees and employees;

  2.  anyone performing acts coming within the scope of the usual duties of your employees; or

  3.  anyone authorized to act for you; or

C.  ensuing loss or damage caused by or resulting from a **technology peril**.

*Earthquake*

This insurance does not apply to loss or damage caused by or resulting from earthquake, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Earthquake exclusion:

- applies only in the state of California, unless otherwise stated; and
- does not apply to ensuing loss or damage caused by or resulting from a **specified peril**.

*Errors In Systems Programming*

This insurance does not apply to loss or damage caused by or resulting from:

A.  errors or omissions in the development of, programming of, or instructions to:

  1.  **electronic data processing property**; or

  2.  a machine; or

B.  **electronic data** which is faulty, inadequate or defective for the use intended at the time of loss or damage.

This Errors In Systems Programming exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril**.

## Policy Exclusions
*(continued)*

**Governmental Or Military Action**

This insurance does not apply to loss or damage caused by or resulting from seizure, confiscation, expropriation, nationalization or destruction of property by order of governmental or military authority, whether de jure or de facto, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Governmental Or Military Action exclusion does not apply to loss or damage caused by or resulting from acts of destruction ordered by governmental or military authority:

A. when taken at the time of a fire to prevent its spread, if the fire would be covered under this insurance; or

B. if the act of destruction is made necessary by direct physical loss or damage to:

1. **electronic data processing property** while **in transit**; or

2. a conveyance in or on which **electronic data processing property** while **in transit** is loaded,

caused by or resulting from a **technology peril**.

**Nuclear Hazard**

This insurance does not apply to loss or damage caused by or resulting from nuclear reaction or radiation, or radioactive contamination, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Nuclear Hazard exclusion does not apply to ensuing loss or damage to **electronic data processing property** caused by or resulting from fire, if the fire would be covered under this insurance and there is a law in effect in the jurisdiction where the loss or damage occurs that expressly prohibits us from excluding such ensuing loss or damage.

**Planning, Design, Materials Or Maintenance**

This insurance does not apply to loss or damage (including the costs of correcting or making good) caused by or resulting from any faulty, inadequate or defective:

- planning, zoning, development, surveying, siting;
- design, specifications, plans, workmanship, repair, construction, renovation, remodeling, grading, compaction;
- materials used in repair, construction, renovation or remodeling; or
- maintenance,

of part or all of any property on or off the premises shown in the Declarations.

This Planning, Design, Materials Or Maintenance exclusion does not apply to ensuing loss or damage caused by or resulting from a **technology peril**.

## Policy Exclusions
*(continued)*

### Utility Supply Failure

This insurance does not apply to loss or damage caused by or resulting from suspension or reduction of:

- water services;
- electric or other power services;
- natural gas or other fuel services; or
- Internet or other communication services,

regardless of any other cause or event that:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Utility Supply Failure exclusion does not apply:

- if the suspension or reduction of such services is the direct result of direct physical loss or damage caused by or resulting from a **technology peril**; or
- to ensuing loss or damage caused by or resulting from a **specified peril**.

### War And Military Action

This insurance does not apply to loss or damage caused by or resulting from:

- war, including undeclared or civil war;
- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
- insurrection, rebellion, revolution, usurped power or action taken by governmental or military authority, whether de jure or de facto, in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

### Wear And Tear

This insurance does not apply to loss or damage caused by or resulting from wear and tear or deterioration.

This Wear And Tear exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril** or **water**.

CHUBB®

**Limits Of Insurance**

The most we will pay in any **occurrence** is the amount of loss or damage, not to exceed the applicable Limit Of Insurance shown in the Declarations.

If any Premises Coverage or Additional Coverage appears in more than one contract which form a part of this policy, unless otherwise specified, the applicable Limit Of Insurance shown in the Declarations for such coverages is the most we will pay in any **occurrence**, regardless of the number of contracts in which such Premises Coverage or Additional Coverage appears.

**Deductible**

Subject to the applicable Limit Of Insurance, we will pay the amount of loss or damage in excess of the applicable deductible amount shown in the Declarations for each **occurrence**.

If two or more deductibles apply to the same **occurrence**, only the largest single deductible will apply, unless otherwise stated.

**Loss Payment Basis**

The following Loss Payment Basis provisions apply to all coverages contained within this contract, unless otherwise stated.

Subject to the applicable Limit Of Insurance shown in the Declarations:

A.    covered property is valued on a replacement cost basis as described below, unless:

1.    the Loss Payment Basis shown in the Declarations is Actual Cash Value; or

2.    otherwise stated under Loss Payment Basis Exceptions; and

B.    valuation also includes, for **electronic data processing equipment** or **communication property**, costs you incur as described below under Ordinance or Law and Extended Warranties.

**Our Loss Payment Options**

In the event of loss or damage covered by this insurance, at our option we will either:

·    pay the covered value of the lost or damaged covered property;

·    pay the cost of repairing or replacing the lost or damaged covered property plus any reduction in value of the repaired item;

·    take all or any part of the covered property at an agreed or appraised value; or

·    repair or replace the covered property with other such property of comparable material and quality for the same use or occupancy.

**Replacement Cost Basis**

Lost or damaged covered property will be valued at the cost to repair or replace such property at the time of loss or damage, but not more than you actually spend to repair or replace such property at the same or another location for the same use or occupancy. There is no deduction for physical deterioration or depreciation.

If you replace the lost or damaged **electronic data processing property**, the valuation will include customs duties incurred.

If you do not repair or replace the covered property, we will only pay as provided under Actual Cash Value Basis.

If you commence the repair or replacement of the lost or damaged covered property within 24 months from the date of the loss or damage, we will pay you the difference between the actual cash value previously paid and the lesser of the:

·    replacement cost at the time of loss or damage; or

## Loss Payment Basis

*Replacement Cost Basis*
*(continued)*

• actual costs you incur to repair or replace.

Payment under the Replacement Cost Basis will not be made until the completion of the repairs or the replacement of the covered property.

*Actual Cash Value Basis*

If the Loss Payment Basis shown in the Declarations is Actual Cash Value, lost or damaged covered property will be valued at the cost to repair or replace such property at the time of loss or damage with material of like kind and quality, less allowance for each of the following:

• physical deterioration;
• physical depreciation;
• obsolescence; and
• depletion.

*Ordinance Or Law*

If there is an ordinance or law in effect at the time of loss or damage that regulates zoning, land use or construction of **electronic data processing equipment** or **communication property**, and if that ordinance or law affects the repair or replacement of the lost or damaged **electronic data processing equipment** or **communication property** and if you:

A. repair or replace the **electronic data processing equipment** or **communication property** as soon as reasonably possible, the valuation will include:

    1.    a.    the replacement cost of the damaged and undamaged portions of the **electronic data processing equipment** or **communication property**; or

            b.    the actual cash value of the damaged and undamaged portions of the **electronic data processing equipment** or **communication property** (if the applicable Loss Payment Basis shown in the Declarations is Actual Cash Value);

    2.    the costs to demolish and clear the site of the undamaged portion of the **electronic data processing equipment** or **communication property**; and

    3.    the increased cost to repair or replace **electronic data processing equipment** or **communication property** to the same general size at the same site and for the same general use, to the minimum standards of such ordinance or law, except we will not include any costs:

            a.    incurred outside the legal property boundary of the premises shown in the Declarations;

            b.    if **electronic data processing equipment** or **communication property** is valued on an actual cash value basis; or

            c.    attributable to any ordinance or law that you were required to, but failed to, comply with before the loss; or

B. do not repair or replace the **electronic data processing equipment** or **communication property**, the valuation will include:

    1.    the actual cash value of the damaged and undamaged portions of the **electronic data processing equipment** or **communication property**; and

    2.    the cost to demolish and clear the site of the undamaged portion of the **electronic data processing equipment** or **communication property**.

# Electronic Data Processing Property

## Loss Payment Basis

### Ordinance Or Law
*(continued)*

When direct physical loss or damage is caused by or results from both:

- a **technology peril**; and
- an excluded peril,

the valuation will not include the Ordinance Or Law costs attributable to the excluded peril. Instead, the valuation will be based on that portion of such costs equal to the proportion that the covered direct physical loss or damage bears to the total direct physical loss or damage, not including Ordinance Or Law costs, unless the Ordinance Or Law applies solely to that portion of the **electronic data processing equipment** or **communication property** which suffered the covered direct physical loss or damage.

This Ordinance Or Law Loss Payment Basis does not apply to:

- any increase in costs, loss or damage associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **fungus** or **pollutants**; or

- loss or damage caused by or resulting from fire which ensues from nuclear reaction or radiation, or radioactive contamination,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

If a maximum value for ordinance or law is shown in the Declarations, then, subject to the applicable Limit Of Insurance shown in the Declarations, such maximum value is the most we will consider under Ordinance Or Law.

### Extended Warranties

**Electronic data processing equipment** or **communication property** valuation includes the pro rata portion of the original cost based on the period of time remaining in your nonrefundable extended warranties, maintenance contracts or service contracts that you purchased and which are no longer valid on lost or damaged **electronic data processing equipment** or **communication property** that you repair or replace.

## Loss Payment Basis Exceptions

### Electronic Data

**Electronic data** is valued on the full cost of replacement or reproduction at the time of direct physical loss or damage when the **electronic data** is actually replaced or reproduced.

If the **electronic data** is not replaced or reproduced, the value is based on the cost of replacing **blank media**.

## *Loss Payment Basis Exceptions*

*(continued)*

### *Nuclear Hazard*

**Electronic data processing property** which suffers direct physical loss or damage caused by or resulting from fire which ensues from nuclear reaction or radiation, or radioactive contamination, is valued on an actual cash value basis, subject to all other exceptions described under Loss Payment Basis Exceptions.

### *Electronic Data Processing Property Not Owned By You*

**Electronic data processing property** not owned by you is valued on the same basis as your **electronic data processing property**, subject to all other exceptions described under Loss Payment Basis Exceptions, but we will not pay more than the amount for which you are contractually liable.

Labor, materials and services that you furnish or arrange on **electronic data processing property** not owned by you is valued based on the actual cost of the labor, materials and services.

## *Loss Payment Limitations*

### *Loss Of Market*

We will not pay for any loss or damage that results from loss of market, loss of use or delay.

## *Conditions (Including Coverage Territory)*

The conditions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy.

## *Definitions*

The definitions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy.

# Property Insurance

## Extra Expense

## Table Of Contents

| Section | Page No. |
|---|---|
| Premises Coverages | 3 |
| Additional Coverages | 4 |
| Limits Of Insurance | 5 |
| Loss Determination | 5 |
| Loss Payment Limitations | 6 |
| Conditions (Including Coverage Territory) | 7 |
| Definitions | 7 |

P
R
O
P
E
R
T
Y

C
O
N
T
R
A
C
T

E
X
T
R
A

E
X
P
E
N
S
E

*THIS PAGE INTENTIONALLY LEFT BLANK*

# CHUBB

## Extra Expense

## Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the Property/Business Income Conditions And Definitions form included in this policy.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance.

### Premises Coverages

The following Premises Coverages apply only at those premises for which a Limit Of Insurance applicable to such coverages is shown in the Declarations.

Except as otherwise provided, direct physical loss or damage must:

- be caused by or result from a **covered peril**; and

- occur at, or within 1,000 feet of, the premises, other than a **dependent business premises**, shown in the Declarations.

### Extra Expense

We will pay for the actual **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Extra Expense shown in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** unless otherwise stated.

This Premises Coverage applies only at those premises:

- where you incur an **extra expense** loss; and

- for which a Limit Of Insurance for Extra Expense is shown in the Declarations.

### Fungus Clean-up Or Removal

We will pay for the actual **extra expense** you incur due to the actual impairment of your **operations** during the **period of restoration**, not to exceed the applicable Limit Of Insurance For Extra Expense shown in the Declarations.

This actual impairment of **operations** must be caused by or result from the presence of **fungus** at your premises shown in the Declarations.

Coverage will begin immediately after the date the **fungus** first appeared and will end:

- 45 consecutive days after this coverage begins; or

- when your impairment of **operations** ends,

whichever occurs first.

This Premises Coverage does not apply if the presence of **fungus**:

A.  is caused by or results from:

    1.  a peril that is not a **covered peril**; or

    2.  **moisture**, other than **water** or **flood**, if **flood** would be covered under this insurance;

B.  existed prior to the effective date shown in the Declarations;

## Premises Coverages

**Fungus Clean-up Or Removal**
*(continued)*

C.   is not reported to us in writing as soon as possible after you first become aware, or in the exercise of reasonable care should have been aware, of the presence of **fungus**; or

D.   is at premises shown under Excluded Premises in the Declarations.

## Additional Coverages

The following Additional Coverages apply within the coverage territory.

### Civil Authority

We will pay for the actual **extra expense** you incur due to the actual impairment of your **operations**, directly caused by the prohibition of access to:

- your premises; or
- a **dependent business premises**,

by a civil authority.

This prohibition of access by a civil authority must be the direct result of direct physical loss or damage to property away from such premises or such **dependent business premises** by a **covered peril**, provided such property is within:

- one mile; or
- the applicable miles shown in the Declarations,

from such premises or **dependent business premises**, whichever is greater.

The most we will pay for Civil Authority is the applicable Limit Of Insurance for Extra Expense shown in the Declarations.

The coverage will begin immediately after the time the civil authority prohibits access and will end:

- 30 consecutive days after the coverage begins; or
- whenever your **extra expense** is no longer required,

whichever occurs first.

This Additional Coverage does not apply if the direct physical loss or damage is caused by or results from earthquake or **flood**.

### Dependent Business Premises

We will pay for the actual **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the applicable Limit Of Insurance for Dependent Business Premises shown under Extra Expense in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** or **personal property of a dependent business premises** at a **dependent business premises** shown in the Declarations.

This Additional Coverage does not apply if the direct physical loss or damage is caused by or results from earthquake or **flood**.

# Extra Expense

## Additional Coverages
*(continued)*

### Loss Of Utilities

We will pay for the actual **extra expense** you incur due to the actual or potential impairment of your **operations**, not to exceed the applicable Limit of Insurance for Loss Of Utilities shown under Extra Expense in the Declarations.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to:

- **building**;
- **personal property of a utility** located either inside or outside of a **building**; or
- **service property**,

excluding **overhead communication, transmission or distribution equipment**, necessary to supply your premises with:

- water **supply**;
- communication supply;
- power supply;
- natural gas supply;
- sewage **treatment**; or
- **on-line access**,

services.

We will pay such loss provided that the disruption of services:

- is not due to your failure to **comply** with the **terms** and conditions of any **contract**; and
- has been reported to the service **provider**.

This Additional Coverage does not apply if the direct physical loss or **damage** is caused by or results from earthquake or **flood**.

## Limits Of Insurance

The most we will pay in any **occurrence** is the amount of **loss**, not to exceed the applicable Limit Of Insurance shown in the Declarations.

## Loss Determination

In making any loss determination under this **coverage**, we will utilize relevant sources of information, including:

- your financial records and accounting **procedures**;
- **bills**, invoices and other **vouchers**;
- deeds, liens and **contracts**;
- written **agreements** evidencing grants, endowments, or other financial **contributions**;
- status and feasibility **reports**; and
- budgeting and **marketing records**.

## Loss Determination
*(continued)*

*Extra Expense*

The amount of **extra expense** loss will be determined based on necessary expenses that exceed your normal operating expenses that would have been incurred by **operations** during the **period of restoration,** if no physical loss or damage had occurred.

We will deduct from the total of such expenses:

- the salvage value that remains of any property bought for temporary use during the **period of restoration**, once **operations** are resumed; and

- any **extra expense** that is paid for by other insurance.

*Resumption Or Continuance Of Operations*

If you elect not to resume or continue **operations,** we will not make any payment for **extra expense**.

## Loss Payment Limitations

*Debris Removal*

We will not pay for any **extra expense** you incur for the demolition or removal of debris.

*Increase Of Loss Due To Death Or Injury*

We will not pay for any **extra expense** you incur caused by or resulting from any injury, sickness, disease, death, emotional injury, emotional distress or humiliation of any person.

*Increase Of Loss Due To Strikers Or Others Causing A Delay*

We will not pay for any increase of loss caused by or resulting from delay in repairing or replacing property or resuming your **operations,** due to interference at the location of the repair, replacement or **operations** by strikers or other persons.

*Loss Or Damage To Electronic Data*

We will not pay for any **extra expense** you incur caused by or resulting from direct physical loss or damage to **electronic data**, unless such direct physical loss or damage is caused by or results from:

- aircraft;

- explosion;

- earthquake, (except California) to the extent covered under the Electronic Data Processing Property contract which is part of this policy;

- falling objects;

- fire;

- **flood**, to the extent covered under the Electronic Data Processing Property contract which is part of this policy;

- freezing;

- leakage from fire protection equipment;

- lightning;

## Loss Payment Limitations

### Loss Or Damage To Electronic Data
*(continued)*

- riot or civil commotion;
- **sinkhole collapse;**
- smoke;
- vehicles;
- weight of snow; or
- windstorm or hail.

### Loss Or Damage To Property Used To Provide Utility Services

Except as provided for in the Loss Of Utilities Additional Coverage, we will not pay for any **extra expense** caused by or resulting from loss or damage to:

- **building;**
- **personal property of a utility** located either inside or outside of a **building**; or
- **service property,**

used by you or a utility or provide you with utility services.

### Loss Or Damage To Water

We will not pay for any **extra expense** you incur for loss or damage to water.

### Nuclear Hazard

We will not pay for any **extra expense** you incur for loss or damage to **building** or **personal property** caused by or resulting from fire which ensues from nuclear reaction or radiation, or radioactive contamination.

### Pollutant Clean-up Or Removal

We will not pay for any **extra expense** caused by or resulting from the:

- clean up or removal of **pollutants** from any land, water or air, either inside or outside of a **building**; or
- testing for, monitoring, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of **pollutants**.

## Conditions (Including Coverage Territory)

The conditions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy.

## Definitions

The definitions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy.

## Property Insurance

### Miscellaneous Equipment

## Table Of Contents

**Section**    **Page No.**

| | |
|---|---|
| Coverages | 3 |
| Debris Removal Coverage | 5 |
| Policy Exclusions | 5 |
| Limits Of Insurance | 10 |
| Deductible | 10 |
| Loss Payment Basis | 10 |
| Loss Payment Basis Exceptions | 11 |
| Loss Payment Limitations | 11 |
| Loss Determinations – Extra Rental Expense | 12 |
| Conditions | 12 |
| Additional Condition | 12 |
| Amended Condition | 13 |
| Definitions | 13 |
| Additional Definitions | 13 |
| Amended Definitions | 14 |

*THIS PAGE INTENTIONALLY LEFT BLANK*



## Miscellaneous Equipment

### Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the Property/Business Income Conditions And Definitions form included in this policy and the Additional Definitions and Amended Definitions sections of this contract.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we," "us" and "our" refer to the company providing this insurance.

## Coverages

**Miscellaneous Equipment**

We will pay for direct physical loss or damage to **miscellaneous equipment** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Miscellaneous Equipment shown in the Declarations.

**Care, Custody Or Control Legal Liability – Loss Of Use**

Subject to the applicable Limit Of Insurance for Care, Custody Or Control Legal Liability – Loss Of Use shown in the Declarations, we will pay damages the **insured** becomes legally obligated to pay by reason of liability imposed by law because of the actual loss of use of **miscellaneous equipment**:

- owned by others and in your care, custody or control; and

- caused by an accident and arising out of a peril not otherwise excluded.

This insurance applies to actual loss of use which occurs during the policy period.

Actual loss of use of such **miscellaneous equipment** that does not suffer direct physical loss or damage shall be deemed to occur at the time of the accident that caused it.

**Civil Authority**

We will pay for direct physical loss or damage to **miscellaneous equipment** caused by or resulting from actions by a civil authority in an attempt to avoid further loss or damage caused by or resulting from a peril not otherwise excluded.

The most we will pay for Civil Authority is the applicable Limit Of Insurance for Miscellaneous Equipment shown in the Declarations.

**Extra Rental Expense**

We will pay for the actual **extra rental expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**.

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage to **miscellaneous equipment** by a peril not otherwise excluded.

The most we will pay in any **occurrence** is the amount of **extra rental expense**, not to exceed the applicable Limit Of Insurance for Miscellaneous Equipment – Extra Rental Expense shown in the Declarations.

**Fire Protection Equipment**

We will pay the cost you incur to refill your discharged fire protection equipment whether or not there is direct physical loss or damage to your **miscellaneous equipment**.

This Coverage is provided regardless of whether a Limit Of Insurance is shown in the Declarations.

## Coverages
(continued)

### Newly Acquired Miscellaneous Equipment

We will pay for direct physical loss or damage to newly acquired **miscellaneous equipment** caused by or resulting from a peril not otherwise excluded, not to exceed the lesser of:

- 25% of the Limit Of Insurance for Miscellaneous Equipment shown in the Declarations; or
- $250,000.

This Coverage applies until the first of the following occurs:

- you report the value of the **miscellaneous equipment** to us, and we add such **miscellaneous equipment** to this policy;
- 90 days pass from the date you acquire the **miscellaneous equipment**; or
- this policy expires.

We will charge you additional premium for the reported values from the date you acquire the **miscellaneous equipment**, if we add such **miscellaneous equipment** to this policy.

### Preparation Of Loss Fees

We will pay the reasonable and necessary expenses we require you to incur after covered direct physical loss or damage to **miscellaneous equipment** to determine the extent of such loss or damage, not to exceed the applicable Limit Of Insurance for Preparation of Loss Fees shown in the Declarations.

This Coverage does not apply to any expenses you incur for any:

- insurance adjuster, consultant or attorney; or
- of your subsidiaries or affiliates.

### Public Safety Service Charges

We will pay the charges you:

- assume under any contract or agreement; or
- are required to pay by local ordinance,

in effect at the time of the direct physical loss or damage, if a fire department or other municipal agency charged with preserving public safety is called to save or protect **miscellaneous equipment** from direct physical loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Public Safety Service Charges shown in the Declarations.

### Removal

We will pay for direct physical loss or damage to **miscellaneous equipment** while:

- being moved to another location or returned from such location to its original location; or
- temporarily stored at another location,

if you must move the **miscellaneous equipment** from such location to preserve it from imminent loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Miscellaneous Equipment shown in the Declarations.

**CHUBB®**

# Miscellaneous Equipment

The following Debris Removal Coverage applies.

## Debris Removal Coverage

### Debris Removal

We will pay for the costs you incur to demolish and remove debris of damaged **miscellaneous equipment** caused by or resulting from a peril not otherwise excluded that occurs during the policy period.

A.   The most we will pay for debris removal is the lesser of:

   1.   25% of the covered direct physical loss or damage; or

   2.   the remaining applicable Limit Of Insurance for Miscellaneous Equipment shown in the Declarations, after payment of the covered direct physical loss or damage.

B.   If the amount in A. above is insufficient to pay the debris removal, we will pay the remaining debris removal, subject to the applicable Limit Of Insurance shown under Debris Removal in the Declarations.

Debris removal will be paid only if:

•   reported to us in writing within 180 days of the date of the direct physical loss or damage to **miscellaneous equipment**; and

•   a Limit Of Insurance applicable to the damaged **miscellaneous equipment** is shown in the Declarations.

Debris removal does not apply to costs to:

•   clean up or remove **pollutants** from land, water or air; or

•   clean up, remove, restore or replace polluted land, water or air,

either inside or outside of a **building**.

## Policy Exclusions

The following Policy Exclusions apply to all Coverages in this contract.

### Acts Or Decisions

This insurance does not apply to loss or damage caused by or resulting from acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

This Acts Or Decisions exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

### Change In Temperature

This insurance does not apply to loss or damage caused by or resulting from natural or artificial:

•   dampness or dryness of atmosphere; or

•   changes in or extremes of temperature,

regardless of any other cause or event that directly or indirectly:

•   contributes concurrently to; or

•   contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

## Policy Exclusions

**Change In Temperature**
*(continued)*

This Change In Temperature exclusion does not apply:

- if the loss or damage is caused by or results from a **specified peril**; or

- to ensuing loss or damage caused by or resulting from a **specified peril**.

---

**Disappearance**

This insurance does not apply to loss or damage caused by or resulting from:

- disappearance; or

- shortage disclosed on taking inventory,

where there is no physical evidence to show what happened.

This Disappearance exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

---

**Dishonesty**

This insurance does not apply to loss or damage caused by or resulting from fraudulent, dishonest or criminal acts or omissions committed alone or in collusion with others by you, your partners, members, officers, managers, directors, trustees, employees, anyone performing acts coming within the scope of the usual duties of your employees, or by anyone authorized to act for you, or anyone, other than a lessee, to whom you have entrusted covered property for any purpose.

This Dishonesty exclusion does not apply to:

A. acts of vandalism;

B. acts committed by:

    1. carriers or warehouse operators for hire, or anyone claiming to be a carrier or warehouse operator for hire; or

    2. anyone who leases covered property from you;

    other than:

    3. you, your partners, directors, trustees and employees;

    4. anyone performing acts coming within the scope of the usual duties of your employees; or

    5. anyone authorized to act for you; or

C. ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

---

**Earthquake**

This insurance does not apply to loss or damage caused by or resulting from earthquake, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Earthquake exclusion:

- does not apply to ensuing loss or damage caused by or resulting from a **specified peril**; and

- applies only to **miscellaneous equipment** while at premises you own, use or occupy.

---

# *Miscellaneous Equipment*

## *Policy Exclusions*
(continued)

| | |
|---|---|
| *Electric Breakdown* | This insurance does not apply to loss or damage caused by or resulting from electric breakdown. |

---

**Flood**

This insurance does not apply to loss or damage caused by or resulting from:

- waves, tidal water or tidal waves; or

- rising, overflowing or breaking of any boundary,

of any natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans or any other body of water or watercourse, whether driven by wind or not, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Flood exclusion:

- does not apply to ensuing loss or damage caused by or resulting from a **specified peril**; and

- applies only to **miscellaneous equipment** while at premises you own, use or occupy.

---

**Governmental Or Military Action**

This insurance does not apply to loss or damage caused by or resulting from seizure, confiscation, expropriation, nationalization or destruction of property by order of governmental or military authority, whether de jure or de facto, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Governmental Or Military Action exclusion does not apply to loss or damage caused by or resulting from acts of destruction ordered by governmental authority:

A. when taken at the time of a fire to prevent its spread, if the fire would be covered under this insurance; or

B. if the act of destruction is made necessary by direct physical loss or damage to:

    1. **miscellaneous equipment** while **in transit**; or

    2. a conveyance in or on which **miscellaneous equipment** while **in transit** is loaded,

caused by or resulting from a peril not otherwise excluded.

---

**Inherent Vice/Latent Defect**

This insurance does not apply to loss or damage caused by or resulting from inherent vice or latent defect.

This Inherent Vice/Latent Defect exclusion does not apply:

- if the loss or damage is caused by or results from a **specified peril**; or

## Policy Exclusions

**Inherent Vice/Latent Defect**
*(continued)*

• to ensuing loss or damage caused by or resulting from a **specified peril** or **water**.

---

**Insects Or Animals**

This insurance does not apply to loss or damage caused by or resulting from nesting or infestation by, or discharge or release of waste products or secretions of, any insect or other animal.

This Insects Or Animals exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

---

**Mechanical Breakdown**

This insurance does not apply to loss or damage caused by or resulting from mechanical breakdown, including rupture or bursting caused by centrifugal force.

This Mechanical Breakdown exclusion does not apply to ensuing loss or damage caused by or resulting from fire or elevator collision.

---

**Nuclear Hazard**

This insurance does not apply to loss or damage caused by or resulting from nuclear reaction or radiation, or radioactive contamination, regardless of any other cause or event that directly or indirectly:

• contributes concurrently to; or

• contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Nuclear Hazard exclusion does not apply to ensuing loss or damage to **miscellaneous equipment** caused by or resulting from fire, if the fire would be covered under this insurance and there is a law in effect in the jurisdiction when the loss or damage occurs that expressly prohibits us from excluding such ensuing loss or damage.

---

**Planning, Design, Materials Or Maintenance**

This insurance does not apply to loss or damage (including the costs of correcting or making good) caused by or resulting from any faulty, inadequate or defective:

• planning, zoning, development, surveying, siting;

• design, specifications, plans, workmanship, repair, construction, renovation, remodeling, grading, compaction;

• materials used in repair, construction, renovation or remodeling; or

• maintenance,

of part or all of any property on or off the premises shown in the Declarations.

This Planning, Design, Materials Or Maintenance exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

---

# Miscellaneous Equipment

## Policy Exclusions
(continued)

### Rust

This insurance does not apply to loss or damage caused by or resulting from rust, oxidation, corrosion or discoloration.

This Rust exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril**.

### Utility Supply Failure

This insurance does not apply to loss or damage caused by or resulting from the suspension or reduction of:

- water services;
- electrical or other power services;
- natural gas or other fuel services; or
- Internet or other communication services,

regardless of any other cause or event that:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Utility Supply Failure exclusion does not apply:

- if the suspension or reduction of such services is the direct result of direct physical loss or damage caused by or resulting from a peril not otherwise excluded; or
- to ensuing loss or damage caused by or resulting from a **specified peril**.

### War And Military Action

This insurance does not apply to loss or damage caused by or resulting from:

- war, including undeclared or civil war;
- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
- insurrection, rebellion, revolution, usurped power or action taken by governmental or military authority, whether de jure or de facto, in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

### Wear And Tear

This insurance does not apply to loss or damage caused by or resulting from wear and tear or deterioration.

This Wear And Tear exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril** or **water**.

## Limits Of Insurance

**The most we will pay in any occurrence** is the amount of loss or damage, not to exceed the applicable Limit Of Insurance shown in the Declarations.

If any Coverage appears in more than one contract which form a part of this policy, unless otherwise specified, the applicable Limit Of Insurance shown in the Declarations for such Coverages is the most we will pay in any **occurrence**, regardless of the number of contracts in which such Coverage appears.

## Deductible

Subject to the applicable Limit Of Insurance, we will pay the amount of loss or damage after application of Coinsurance, if applicable, in excess of the applicable deductible amount shown in the Declarations for each **occurrence**.

If two or more deductibles apply to the same **occurrence**, only the largest single deductible will apply, unless otherwise stated.

## Loss Payment Basis

The following Loss Payment Basis provisions apply to all coverages contained within this contract, unless otherwise stated.

Subject to the applicable Limit Of Insurance shown in the Declarations:

A.  **miscellaneous equipment** is valued on a replacement cost basis as described below, unless:

    1.  the Loss Payment Basis shown in the Declarations is Actual Cash Value; or

    2.  otherwise stated under Loss Payment Basis Exceptions; and

B.  valuation also includes costs you incur as described under Extended Warranties.

### Our Loss Payment Options

In the event of loss or damage covered by this insurance, at our option, we will either:

- pay the covered value of the lost or damaged **miscellaneous equipment**;

- pay the cost of repairing or replacing the lost or damaged **miscellaneous equipment**, plus any reduction in value of the repaired item;

- take all or any part of the **miscellaneous equipment** at an agreed or appraised value; or

- repair or replace the **miscellaneous equipment** with other **miscellaneous equipment** of comparable material and quality for the same use or occupancy.

### Replacement Cost Basis

Lost or damaged **miscellaneous equipment** will be valued at the cost to repair or replace such **miscellaneous equipment** at the time of loss or damage, but not more than you actually spend to repair or replace such **miscellaneous equipment** for the same use. There is no deduction for physical deterioration or depreciation.

If you replace the lost or damaged **miscellaneous equipment**, the valuation will include customs duties incurred.

If you do not repair or replace the **miscellaneous equipment**, we will only pay as provided under Actual Cash Value Basis.

If you commence the repair or replacement of the lost or damaged **miscellaneous equipment** within 12 months from the date of the loss or damage, we will pay you the difference between the actual cash value previously paid and the lesser of the:

- replacement cost at the time of loss or damage; or

# Miscellaneous Equipment

## Loss Payment Basis

**Replacement Cost Basis**
**(continued)**

- actual costs you incur to repair or replace.

Payment under the Replacement Cost Basis will not be made until the completion of the repairs or the replacement of the **miscellaneous equipment**.

**Actual Cash Value Basis**

If the Loss Payment Basis shown in the Declarations is Actual Cash Value, lost or damaged **miscellaneous equipment** will be valued at the cost to repair or replace such **miscellaneous equipment** at the time of loss or damage with material of like kind and quality, less allowance for each of the following:

- physical deterioration;
- physical depreciation;
- obsolescence; and
- depletion.

**Extended Warranties**

**Miscellaneous equipment** valuation includes the pro rata portion of the original cost based on the period of time remaining in your nonrefundable extended warranties, maintenance contracts or service contracts that you purchased and which are no longer valid on lost or damaged **miscellaneous equipment** that you repair or replace.

## Loss Payment Basis Exceptions

**Miscellaneous Equipment Of Others**

**Miscellaneous equipment** not owned by you is valued on the same basis as your **miscellaneous equipment**, subject to all other exceptions described under Loss Payment Basis Exceptions, but we will not pay more than the amount for which you are contractually liable.

**Nuclear Hazard**

**Miscellaneous equipment** which suffers direct physical loss or damage caused by or resulting from fire which ensues from nuclear reaction or radiation, or radioactive contamination, is valued on an actual cash value basis, subject to all other exceptions described under Loss Payment Basis Exceptions.

## Loss Payment Limitations

**Electronic Data**

We will not pay for any loss or damage to **electronic data** caused by or resulting from **malicious programming**, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

## Loss Payment Limitations
*(continued)*

### Loss Of Market

Except as provided under Care, Custody Or Control Legal Liability – Loss Of Use Coverage or Extra Rental Expense Coverage, we will not pay for any loss or damage that results from loss of market, loss of use or delay.

## Loss Determination – Extra Rental Expense

In making any loss determination under **extra rental expense**, we will utilize relevant sources of information, including:

- your financial records and accounting procedures;
- bills, invoices and other vouchers;
- deeds, liens and contracts;
- status and feasibility reports; and
- budgeting and marketing records.

### Extra Rental Expense

The amount of **extra rental expense** loss will be determined based on:

- all rental expenses that exceed your normal rental expenses that would have been incurred by **operations** during the **period of restoration**, if no direct physical loss or damage had occurred; and
- all necessary expenses that reduce the **extra rental expense** loss that otherwise would have been incurred.

We will deduct from the total of such expenses:

- the salvage value that remains of any **miscellaneous equipment** bought for temporary use during the **period of restoration**, once **operations** are resumed; and
- any **extra rental expense** that is paid for by other insurance.

If you elect not to rent substitute **miscellaneous equipment**, we will not make any payment for **extra rental expense**.

## Conditions

The conditions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy. Any additional conditions or amended conditions are shown in the Additional Conditions section of this contract and the Amended Conditions section of this contract.

## Additional Condition

### Coinsurance For Miscellaneous Equipment

Coinsurance applies to **miscellaneous equipment** only when a coinsurance percentage is shown under Miscellaneous Equipment in the Declarations.

Coinsurance does not apply to **miscellaneous equipment** you lease, rent or borrow from others.

If coinsurance applies, our maximum loss payment will be determined as follows:

A. determine the value of the covered **miscellaneous equipment** at the time of loss or damage in accordance with the applicable Loss Payment Basis as provided under Loss Payment Basis;

# Miscellaneous Equipment

## Additional Condition

**Coinsurance For Miscellaneous Equipment** (continued)

B.    multiply the value determined in step A. by the applicable coinsurance percentage shown in the Declarations;

C.    divide the applicable Limit Of Insurance for Miscellaneous Equipment shown in the Declarations by the amount determined in step B.;

D.    multiply the total amount of the covered loss or damage, before the application of any deductible, by the amount determined in step C.; and

E.    subtract the applicable deductible from the amount determined in step D.

The amount determined in step E. is the most we will pay for loss or damage, not to exceed the applicable Limit Of Insurance for Miscellaneous Equipment shown in the Declarations.

## Amended Condition

**Coverage Territory**

The Coverage Territory is worldwide.

## Definitions

The definitions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy. Any additional definitions or amended definitions are shown in the Additional Definitions section of this contract and the Amended Definitions section of this contract.

## Additional Definitions

**Extra Rental Expense**

**Extra rental expense** means necessary rental expenses you incur for substitute **miscellaneous equipment**, in an attempt to continue **operations**, over and above the rental expenses you would have normally incurred provided you do not have equivalent idle **miscellaneous equipment** at your disposal.

**Miscellaneous Equipment**

**Miscellaneous equipment** means the following equipment used primarily for motion picture or television production, theatrical stage or concert production and all other taping or recording activities:

*   camera equipment;

*   sound and lighting equipment;

*   portable electrical generators;

*   mechanical effects equipment;

*   grip equipment;

*   any property which is part of a set, prop or wardrobe; and

*   similar miscellaneous equipment,

owned by you or for which you are legally liable and used or intended to be used in connection with your **operations**.

## Additional Definitions

**Miscellaneous Equipment** *(continued)*

**Miscellaneous equipment** does not mean:

- **production media**;
- permanent buildings and office contents;
- **tenant's improvements and betterments**;
- aircraft, watercraft, railroad cars or railroad equipment;
- plant life;
- animals;
- **mobile equipment**;
- **money** or **securities**; or
- mobile equipment vans, studio location units, motor homes, or similar type units or any other motor vehicles intended to be licensed for highway use, including equipment permanently installed therein.

## Amended Definitions

**Operations**

**Operations** means your business activities involving the use of **miscellaneous equipment**.

**Period Of Restoration**

**Period of restoration** means the period of time that begins immediately after the time of direct physical loss or damage to the **miscellaneous equipment** and ends on the date such **miscellaneous equipment** has been repaired or replaced.

The expiration date of this policy will not cut short the **period of restoration**.

**Period of restoration** does not mean any increased period due to the enforcement of any ordinance or law that:

- regulates the construction, use or repair; or
- requires the tearing down of,

of any property.

**Production Media**

**Production media** means:

A. any:
   1. film;
   2. tape;
   3. disk; or
   4. other medium or device,

   used to record or store sounds or images; and

B. the information contained therein.

# Property Insurance

## Accounts Receivable, Fine Arts, Money And Securities And Valuable Papers

## Table Of Contents

| Section | Page No. |
|---|---|
| Premises Coverages | 3 |
| Additional Coverages | 4 |
| Debris Removal Coverage | 6 |
| Policy Exclusions | 6 |
| Accounts Receivable Exclusions | 9 |
| Fine Arts Exclusions | 9 |
| Money And Securities Exclusions | 9 |
| Limits Of Insurance | 10 |
| Deductible | 10 |
| Loss Payment Basis | 10 |
| Loss Payment Limitations | 12 |
| Conditions (Including Coverage Territory) | 13 |
| Definitions | 13 |

*THIS PAGE INTENTIONALLY LEFT BLANK*

CHUBB®

*Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the Property/Business Income Conditions And Definitions form included in this policy.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance.

## Premises Coverages

The following Premises Coverages apply only at those premises for which a Limit Of Insurance applicable to such coverages is shown in the Declarations.

Except as otherwise provided, the loss or damage must:

- be caused by or result from a peril not otherwise excluded; and

- occur at, or within 1,000 feet of, the premises shown in the Declarations.

### Accounts Receivable

We will pay for the **accounts receivable** loss you incur caused by or resulting from direct physical loss or damage to your **accounts receivable records** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Accounts Receivable shown in the Declarations.

### Fine Arts

We will pay for direct physical loss or damage to **fine arts** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Fine Arts shown in the Declarations.

### Money And Securities - On Premises

We will pay for direct physical loss or damage to **money** or **securities** caused by or resulting from a peril not otherwise excluded **on premises**, not to exceed the applicable Limit Of Insurance for Money And Securities On Premises shown in the Declarations.

### Public Safety Service Charges

We will pay the charges you:

- assume under any contract or agreement; or

- are required to pay by local ordinance,

in effect at the time of the direct physical loss or damage, if a fire department or other municipal agency charged with preserving public safety is called to save or protect your property from direct physical loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Public Safety Service Charges shown in the Declarations.

### Removal

We will pay for:

- the **accounts receivable** loss you incur caused by or resulting from direct physical loss or damage to your **accounts receivable records**; or

## Premises Coverages

### Removal
*(continued)*

- direct physical loss or damage to **fine arts** or **valuable papers**,

while:

- being **moved** to another location or returned from such location to its original **location**; or

- temporarily stored at another location,

if you must move the **accounts receivable records**, **fine arts** or **valuable papers** from such location to preserve such property from imminent loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit of Insurance for Accounts Receivable, Fine Arts, or Valuable Papers shown in the Declarations.

### Valuable Papers

We will pay for direct physical loss or damage to **valuable papers** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Valuable Papers shown in the Declarations.

## Additional Coverages

The following Additional Coverages apply within the coverage territory.

### Any Other Location

We will pay for:

- the **accounts receivable** loss you incur caused by or resulting from direct physical loss or damage to your **accounts receivable records** at unspecified premises caused by or resulting from a peril not otherwise excluded; or

- direct physical loss or damage to **fine arts** or **valuable papers** at unspecified premises caused by or resulting from a peril not otherwise excluded,

not to exceed the applicable Limit Of Insurance for Accounts Receivable, Fine Arts or Valuable Papers shown under Any Other Location in the Declarations.

### Exhibition, Fair Or Trade Show

We will pay for direct physical loss or damage to **fine arts** at any exhibition fair or trade show caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Fine Arts shown under Exhibition, Fair Or Trade Show in the Declarations.

### In Transit

We will pay for:

- the **accounts receivable** loss you incur caused by or resulting from direct physical loss or damage to your **accounts receivable records** while **in transit** caused by or resulting from a peril not otherwise excluded; or

- direct physical loss or damage to **fine arts** or **valuable papers** while **in transit** caused by or resulting from a peril not otherwise excluded,

not to exceed the applicable Limit Of Insurance for Accounts Receivable, Fine Arts or Valuable Papers shown under In Transit in the Declarations.

CHUBB®

## Additional Coverages

*(continued)*

### Money And Securities - Off Premises

We will pay for direct physical loss or damage to **money** or **securities** caused by or resulting from a peril not otherwise excluded **off premises**, not to exceed the applicable Limit Of Insurance for Money And Securities Off Premises shown in the Declarations.

### Newly Acquired Fine Arts

We will pay for direct physical loss or damage to newly acquired **fine arts** at the premises shown in the Declarations or at newly acquired premises caused by or resulting from a peril not otherwise excluded, not to exceed the Limit Of Insurance for Fine Arts shown in the Declarations under Newly Acquired Premises or Newly Acquired or Constructed Property.

This Additional Coverage applies until the first of the following occurs:

• you report the value of the newly acquired **fine arts** at the premises shown in the Declarations or at the newly acquired premises to us and we add such **fine arts** or premises to this policy;

• 180 days pass from the date you acquire the **fine arts**; or

• this policy expires.

We will charge you additional premium for the reported values from the date you acquire:

• the **fine arts**; or

• the premises,

if we add such **fine arts** or premises to this policy.

### Preparation Of Loss Fees

We will pay the reasonable and necessary expenses we require you to incur after covered direct physical loss or damage to:

• **accounts receivable records**;

• **fine arts**; or

• **valuable papers**,

to determine the extent of such loss or damage, not to exceed the applicable Limit Of Insurance for Preparation Of Loss Fees shown in the Declarations.

This Additional Coverage does not apply to any expenses you incur for any:

• insurance adjuster, consultant or attorney; or

• of your subsidiaries or affiliates.

## Debris Removal Coverage

The following Debris Removal Coverage applies.

### Debris Removal

A.  We will pay for the costs you incur to remove debris of damaged **accounts receivable records**, **fine arts** or **valuable papers** caused by or resulting from a peril not otherwise excluded that occurs during the policy period.

B.  The most we will pay for debris removal is the lesser of:

    1.  25% of the covered direct physical loss or damage; or

    2.  the remaining applicable Limit Of Insurance for Accounts Receivable, Fine Arts or Valuable Papers shown in the Declarations, after payment of the covered direct physical loss or damage.

C.  If the amount in B. above is insufficient to pay the debris removal, we will pay the remaining debris removal, subject to the applicable Limit Of Insurance shown under Debris Removal in the Declarations.

D.  Debris removal will be paid only if:

    1.  reported to us in writing within 180 days of the date of the direct loss or damage to the **accounts receivable records**, **fine arts** or **valuable papers**; or

    2.  a Limit Of Insurance applicable to the damaged **accounts receivable records**, **fine arts** or **valuable papers** is shown in the Declarations.

E.  Debris removal does not apply to costs to:

    1.  clean up or remove **pollutants** from land, water or air;

    2.  clean up, remove, restore or replace covered **accounts receivable records**, **fine arts** or **valuable papers** because of the presence of **fungus**; or

    3.  clean up, remove, restore or replace polluted land, water or air,

    either inside or outside of a **building**.

## Policy Exclusions

The following Policy Exclusions apply to all the coverages in this contract.

### Acts Or Decisions

This insurance does not apply to loss or damage caused by or resulting from acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

This Acts Or Decisions exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

### Dishonesty

This insurance does not apply to loss or damage caused by or resulting from fraudulent, dishonest or criminal acts or omissions committed alone or in collusion with others by you, your partners, members, officers, managers, directors, trustees, employees, anyone performing acts coming within the scope of the usual duties of your employees, or by anyone authorized to act for you, or anyone to whom you have entrusted covered property for any purpose.

This Dishonesty exclusion does not apply to:

A.  acts of vandalism;

## Policy Exclusions

### Dishonesty
*(continued)*

B.  acts committed by carriers or warehousemen for hire or anyone claiming to be a carrier or warehouseman for hire, other than:

    1.  you, your partners, directors, trustees and employees;

    2.  anyone performing acts coming within the scope of the usual duties of your employees; or

    3.  anyone authorized to act for you; or

C.  ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

### Governmental Or Military Action

This insurance does not apply to loss or damage caused by or resulting from seizure, confiscation, expropriation, nationalization or destruction of property by order of governmental or military authority, whether de jure or de facto, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Governmental Or Military Action exclusion does not apply to loss or damage caused by or resulting from acts of destruction ordered by governmental or military authority:

A.  when taken at the time of a fire to prevent its spread, if the fire would be covered under this insurance; or

B.  if the act of destruction is made necessary by direct physical loss or damage to:

    1.  **accounts receivable records, fine arts** or **valuable papers** while **in transit**; or

    2.  a conveyance in or on which **accounts receivable records, fine arts** or **valuable papers** while **in transit** is loaded,

caused by or resulting from a peril not otherwise excluded.

### Nuclear Hazard

This insurance does not apply to loss or damage caused by or resulting from nuclear reaction or radiation, or radioactive contamination, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or
- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

This Nuclear Hazard exclusion does not apply to ensuing loss or damage to **accounts receivable records, fine arts, money** or **securities** or **valuable papers** caused by or resulting from fire, if the fire would be covered under this insurance and there is a law in effect in the jurisdiction where the loss or damage occurs that expressly prohibits us from excluding such ensuing loss or damage.

*Planning, Design, Materials Or Maintenance*

This insurance does not apply to loss or damage (including the costs of correcting or making good) caused by or resulting from any faulty, inadequate or defective:

- planning, zoning, development, surveying, siting;

- design, specifications, plans, workmanship, repair, construction, renovation, remodeling, grading, compaction;

- materials used in repair, construction, renovation or remodeling; or

- maintenance,

of part or all of any property on or off the premises shown in the Declarations.

This Planning, Design, Materials Or Maintenance exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

*War And Military Action*

This insurance does not apply to loss or damage caused by or resulting from:

- war, including undeclared or civil war;

- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

- insurrection, rebellion, revolution, usurped power or action taken by governmental or military authority, whether de jure or de facto, in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to; or

- contributes in any sequence to,

the loss or damage, even if such other cause or event would otherwise be covered.

*Wear And Tear*

This insurance does not apply to loss or damage caused by or resulting from wear and tear or deterioration.

This Wear And Tear exclusion does not apply to:

- money and securities; or

- ensuing loss or damage caused by or resulting from a specified peril or water.

CHUBB®

### Accounts Receivable Exclusions

The following Accounts Receivable Exclusions apply solely to **accounts receivable records**:

#### Audit

This insurance does not apply to loss or damage disclosed by an audit or inventory count. In the event the loss or damage is established by independent means, you may use an audit or inventory count to support your claim for that loss.

#### Bookkeeping

This insurance does not apply to bookkeeping, accounting or billing errors or omissions.

### Fine Arts Exclusions

The following Fine Arts Exclusions apply solely to **fine arts**:

#### Insects Or Animals

This insurance does not apply to loss or damage caused by or resulting from nesting or infestation by, or discharge or release of waste products or secretions of:

- insects;
- birds;
- rodents; or
- other animals.

This Insects Or Animals exclusion does not apply to ensuing loss or damage caused by or resulting from a peril not otherwise excluded.

#### Repair, Restoration Or Retouching

This insurance does not apply to loss or damage caused by or resulting from repair, restoration or retouching.

### Money And Securities Exclusions

The following Money And Securities Exclusions apply solely to **money and securities**:

#### Accounting

This insurance does not apply to accounting, mathematical or record-keeping errors.

#### Books And Records

This insurance does not apply to loss or damage to manuscripts, records, accounts, media, microfilm or tapes.

#### Income, Interest Or Dividends

This insurance does not apply to loss of income, interest or dividends.

## Money And Securities Exclusions
*(continued)*

### Expenses

This insurance does not apply to any **fees,** costs or expenses you incur or **pay:**

- in establishing the existence or the **amount** of any loss or **damage;** or
- in prosecuting or defending any legal proceeding or claim, **whether** or not any such proceeding results or would **result** in a loss or damage covered under this insurance.

### Fire To Property Of Others

This insurance does not apply to loss or **damage** caused by or resulting from fire to property of others that you hold as a pledge or as **collateral.**

### Forgery

This insurance does not apply to loss or **damage** caused by or resulting from forgery.

### Kidnap/Ransom Or Extortion

This insurance does not apply to loss or damage caused by or resulting from kidnap/ransom or other extortion payments surrendered to any person as a result of a threat to do:

- bodily harm to any person; or
- damage to the **premises** or other property owned by you or held by you in any **capacity.**

This Kidnap/Ransom Or Extortion exclusion does not apply to **robbery of money or securities.**

## Limits Of Insurance

The most we will pay in any **occurrence** is the amount of loss or **damage,** not to exceed the applicable Limit Of Insurance shown in the Declarations.

If any Premises Coverage or Additional Coverage appears in more than one contract which form a part of this policy, unless otherwise specified, the applicable Limit Of Insurance shown in the Declarations for such coverage is the most we will pay in any **occurrence,** regardless of the number of contracts in which such Premises Coverage or Additional Coverage appears.

## Deductible

Subject to the applicable Limit Of Insurance, we will pay the amount of loss or damage in excess of the applicable deductible amount shown in the Declarations for each **occurrence.**

If two or more deductibles apply to the same **occurrence,** only the largest single deductible will apply, unless otherwise stated.

## Loss Payment Basis

### Accounts Receivable

**Accounts receivable** loss payment will be determined as follows:

A. when there is proof that a covered loss has occurred but you cannot accurately establish the amount of **accounts receivable** outstanding at the time of the loss, the amount of the loss will be based on your latest financial statements and will be computed as follows:

    1. determine the amount of all outstanding **accounts receivable** at the end of the same month in the year immediately preceding the year in which the loss occurred;

CHUBB®

## Loss Payment Basis

**Accounts Receivable**
*(continued)*

2. determine your total gross sales of goods and services for the 12-month period immediately preceding the month in which the loss occurred;

3. determine your total gross sales of goods and services for the 12-month period immediately preceding the same month in the year immediately preceding the year in which the loss occurred;

4. calculate the percentage increase or decrease of step 2 over step 3;

5. the total amount of **accounts receivable** as of the last day of the month in which the loss occurs will be the amount determined in step 4; and

6. the established monthly amount of **accounts receivable** will be adjusted for the normal fluctuation in the amount of **accounts receivable** in the month in which the loss occurs;

B. we will deduct from the established total amount of **accounts receivable**:

1. the amount of any accounts evidenced by records not lost or damaged;

2. any other amounts you are able to establish or collect; and

3. an amount to allow for probable bad debts, returns, discounts and allowances which you normally would have been unable to collect;

C. if you recover the amount of any **accounts receivable** that were included in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss. You will keep the amount of any **accounts receivable** you recover in excess of the amount of the paid loss;

D. you shall take reasonable measures to attempt the reproduction of **accounts receivable records** in an effort to mitigate your **accounts receivable** loss.

**Fine Arts**

**Fine arts** are valued based on **market value**.

**Fine Arts Of Others**

**Fine arts** not owned by you are valued on the same basis as your **fine arts**, subject to the Pair Or Set – Fine Arts Loss Payment Basis provision, but we will not pay more than the amount for which you are contractually liable.

**Money**

**Money** is valued based on:

• the face value of United States or Canadian currency if the loss involves United States or Canadian currency; or

• the United States dollar value of a foreign currency based on the free currency rate of exchange in effect on the day any loss involving foreign currency is discovered.

If the loss occurs before the **money** has been counted and recorded by you, the value of the **money** will not exceed the amount that is reasonably estimated and satisfactory to us.

## Loss Payment Basis
*(continued)*

### Pair Or Set - Fine Arts

In the event of loss or damage to **fine arts** that are part of a pair or set, at your option, we will either pay:

- the **market value** of the entire pair or set. You will return to us the remaining pieces;

- the cost to repair the lost or damaged pieces. You will keep the undamaged pieces. If the pair or set with the repaired pieces has a lower value than it had prior to the loss, we will also pay that difference. In no event will we pay more than the value that the pair or set had prior to the loss or damage; or

- the **market value** of the lost or damaged pieces prior to the loss or damage when the pieces cannot be found or repaired. You will keep the undamaged pieces. If the remaining pieces have a reduced value, we will pay the difference between the value of the remaining pieces prior to the loss or damage and after the loss or damage. In no event will we pay more than the value the pair or set had prior to the loss or damage.

### Securities

**Securities** are valued based on the lesser of the following:

- the actual market value of the **securities** at the end of the last business day before the loss is discovered; or

- the actual cost of replacing the **securities** on the day loss payment is made.

Property of others that you hold as a pledge or as collateral for a loan is valued at:

- actual cash value at the time you made the loan; or

- the amount of the loan that remains unpaid at the time of loss, plus accrued interest on that amount at legal interest rates.

### Valuable Papers

**Valuable papers** are valued based on the full cost of replacement or reproduction at the time of direct physical loss or damage when they are actually replaced or reproduced.

If **valuable papers** are not replaced or reproduced, the value is based on the cost of blank materials.

### Valuable Papers Of Others

**Valuable papers** not owned by you are valued on the same basis as your **valuable papers**, but we will not pay more than the amount for which you are contractually liable.

## Loss Payment Limitations

### Electronic Data

We will not pay for loss or damage to **electronic data**, unless such direct loss or damage is caused by or results from:

- aircraft;

- earthquake, to the extent covered under this contract;

- explosion;

CHUBB®

## *Loss Payment Limitations*

*Electronic Data*
*(continued)*

- falling objects;
- **fire**;
- **flood**, to the extent covered under this contract;
- freezing;
- leakage from fire protection equipment;
- lightning;
- riot or civil commotion;
- **sinkhole collapse;**
- smoke;
- vehicles;
- weight of snow; or
- windstorm or hail.

*Payment Made By Others (Money And Securities)*

We will deduct from any payment we make for loss or damage to **money** or **securities** the amount you recover from:

- any contract you have with an armored vehicle company;
- insurance carried by an armored vehicle company; and
- insurance carried by others.

*Conditions (Including Coverage Territory)*

The conditions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy.

*Definitions*

The definitions applicable to this contract are contained in the Property/Business Income Conditions And Definitions form included in this policy.