UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 13 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANOTHER PLANET ENTERTAINMENT, LLC,

    Plaintiff - Appellant,

v.

VIGILANT INSURANCE COMPANY,

    Defendant - Appellee.

No. 21-16093

D.C. No. 3:20-cv-07476-VC
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered July 22, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT